**NOTICE: THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK STATE INSURANCE LAW AND REGULATIONS. HOWEVER, THE FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS.**

**Class Code:** 2-14160

**ENT IL 001 NY 12 17**                                    Page 1 of 1

**EXHIBIT A**

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

Insured Name:  FLG Productions, LLC; Jax Media, LLC                    Policy/Quote Number: MP01163-00

Insured Address: 495 Broadway Fl 4, New York, NY 10012-4457

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy.  You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed.  As defined in Section 102(1) of the Act:  The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended.  However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the united states government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.  The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year.  If aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your premium attributable to coverage for acts of terrorism is:  $███_____, and does not include any charges for the portion of losses covered by the United States Government under the Act.

You need to take no action with respect to this notice.  You will receive a bill for your policy premium which will include the above amount required for your terrorism coverage.

**If your policy includes Inland Marine Coverage in one or more of these states: CA, ME, MO, OR or WI, the following statement applies:**

The terrorism exclusion makes an exception for (and thereby continues your coverage for) direct property damage fire losses resulting from an act of terrorism.  Therefore, if you reject the offer of terrorism coverage, that rejection does not apply to direct property damage fire losses resulting from an act of terrorism - the coverage in your policy for such fire losses will continue.  If such a loss occurs, and is certified under the Act, the loss will be reimbursed by the United States under the formula detailed above.

In all of the states listed above in which your policy provides Inland Marine coverage, the portion of your Inland Marine policy premium attributable to coverage for direct property damage from fire resulting from terrorism will be determined by applying a factor of **.60** to the dollar amount shown above.  This amount is included in your policy premium and cannot be rejected.

If you have any questions about this notice, please contact your agent.

**Policy Number:** MP01163-00
Renewal of Number: New



**OneBeacon**
I N S U R A N C E

| MOTION PICTURE/TELEVISION PRODUCERS PORTFOLIO DECLARATIONS |
| --- |

**Atlantic Specialty Insurance Company**
605 Highway 169 North, Suite 800
Plymouth, MN 55441

Item 1. Named Insured and Mailing Address
FLG Productions, LLC; Jax Media, LLC
495 Broadway Fl 4

New York, NY 10012-4457

Agent Name and Address
Hub International Insurance Services, Inc.
16030 Ventura Blvd #500
PO Box 20005
Encino, CA 91436

Item 2. Policy Period      From:      10-24-2019      To:      10-24-2020
At 12:01AM Standard Time at the Mailing Address Shown Above

Item 3. Insured Production(s): TV: "Florida Girls" Season 2

Item 4. Estimated Period of Principal Photography:
Start Date:   4-1-2020      Completion Date:   5-30-2020      Print Date:   TBD

Item 5. Coverage

| Section | | | | Limit of Liability Each Loss | Deductible Each Loss |
| --- | --- | --- | --- | --- | --- |
| Section I | | Cast | | $15,000,000 | $10,000 |
| Section II | A. | Props, Sets & Wardrobe | | $2,000,000 | $2,500 |
| | B. | Extra Expense | | $2,000,000 | $5,000 |
| | C. | Third Party Property Damage | | $1,000,000 | $2,500 |
| | D. | Miscellaneous Equipment | | $2,000,000 | $2,500 |
| Section III | A. | Negative Film | | $15,000,000 | 0 |
| | B. | Faulty Stock | | $15,000,000 | $10,000 |
| Optional Coverage Endorsements | | | | | |
| Civil Authority | | | $500,000 | 10,000 |
| Electronic Data Processing | | - Hardware | $250,000 | $2,500 |
| | | - Software | $250,000 | $2,500 |
| | | - Extra Expense | $250,000 | $2,500 |
| Strike Coverage | | | $500,000 | $7,500 |

Item 6. Policy Premium (see Rating Schedule)
Deposit Premium                                 ███████████
Taxes, Surcharges & Fees                   $0
Total                                                    █████████

Item 7. Form(s) and Endorsement(s) made a part of the certificate at time of issue:
Per ILU 003

Item 8. Insurance is provided against those perils and for those coverages under those sections for which a specific amount or limit of liability is shown in schedules incorporated herein, subject to all terms of the policy and all forms and endorsements made a part hereof.

Countersigned:
Date: 04-15-2020

THIS POLICY TOGETHER WITH THE POLICY CONDITIONS, COVERAGE PARTS AND FORMS
AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY



# EXECUTION OF OFFICERS' SIGNATURES

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary                                    President & CEO

ARCHIVE

**THIS ENDORSEMENT CLARIFIES THE POLICY.  PLEASE READ IT CAREFULLY**

ADJ. NO.

| NAMED INSURED<br>FLG Productions, LLC; Jax Media, LLC | DATE<br>2019-10-24 | POLICY NUMBER<br>MP01163-00 |
| --- | --- | --- |

| IF THIS ENDORSEMENT IS LISTED IN THE POLICY DECLARATIONS, IT IS IN EFFECT FROM THE TIME COVERAGE UNDER THIS POLICY COMMENCES.  OTHERWISE, THE EFFECTIVE DATE OF THIS ENDORSEMENT IS AS SHOWN ABOVE AT THE SAME TIME OR HOUR OF THE DAY AS THE POLICY BECAME EFFECTIVE. | COUNTERSIGNED BY:<br><br>_____<br>AUTHORIZED REPRESENTATIVE |
| --- | --- |

THIS ENDORSEMENT IS USED AS AN OVERFLOW FOR FIELDS ON THE DECLARATIONS PAGE NOT LARGE ENOUGH FOR THE NECESSARY INFORMATION AND TO LIST OPTIONAL COVERAGES.


MPTV Producers Portfolio Supplemental Declarations - MP DEC 100 (11-02)

Signature Page – SNP1 0608

Policyholder Disclosure Notice Of Terrorism Insurance Coverage – PHN 008 IM 01 15

U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholders - IL P 001 01 04

Declarations Overflow Page (Schedule Of Forms) - ILU 003 (0589)

Declarations Overflow Page (Named Insured) - ILU 003 (0589)

Cap on Losses From Certified Acts of Terrorism – IL 09 52 01 15

Electronic Data Processing - IM 202 (01-05)

Imminent Peril - DI 319 0610

Ingress and Egress - DI 321 0610

MPTV Producers Portfolio Policy Conditions - MP 200 (06 10)

Section I. Cast Coverage - MP 201 (12 11)

Section II, Coverage A. Props, Sets & Wardrobe - MP 202 (12 11)

Section II, Coverage B. Extra Expense - MP 203 (12 11)

Section II, Coverage C. Third Party Property Damage - MP 204 (12 11)

Section II, Coverage D. Miscellaneous Equipment - MP 205 (12 11)

Section III. Coverage A. Negative Film - MP 206 (12 11)

Section III. Coverage B. Faulty Stock - MP 207 (12 11)

Rating Schedule - MP 303 (01-05)

Civil Authority Coverage (Broad Form) - PORT 201 (01-05)

Strike Coverage - PORT 204 (01-05)

Animal Coverage (Props, Sets & Wardrobe) - PORT 303 (01-05)

Animal Coverage (Extra Expense) - PORT 304 (01-05)

Family Coverage Extension - PORT 305 (12 11)

Amendment - 'Land Vehicle' Deductible - PORT 309 (01-05)

Office Equipment & Furnishings Coverage - PORT 314 (01-05)

Utility Failure to Supply Coverage - PORT 316 (01-05)

Furs, Jewelry & Antiques Amended Limits of Insurance - PORT 317 (01-05)


Money and Currency
Limits: $100,000
Deductible: $1,500
 - Manuscript Form


Faulty Stock Judgment
Limits: $500,000
Deductible: $10,000
 - Manuscript Form


**ILU 003 (0589)**

Resumption of Operations
Limits: $500,000
Deductible: $5,000
 - Manuscript Form

Undeclared Cast Coverage
Limits: $250,000
Deductible: $10,000
 - Manuscript Form

Claim Documentation Expenses
Limits: $5,000
 - Manuscript Form

Crisis Event Coverage
Limits: $500,000
Deductible: $10,000
 - Manuscript Form
Exclusion of Certain Computer Related Losses - IL 09 35 07 01
New York Changes - Cancellation and Nonrenewal - IL 02 68 04 17
New York Changes - Fraud - IL 01 83 04 98
New York Changes - CM 01 04 09 15

**ILU 003 (0589)**

**THIS ENDORSEMENT CLARIFIES THE POLICY.  PLEASE READ IT CAREFULLY**

ADJ. NO.

| NAMED INSURED<br>FLG Productions, LLC; Jax Media, LLC | DATE<br>2019-10-24 | POLICY NUMBER<br>MP01163-00 |
| --- | --- | --- |

| IF THIS ENDORSEMENT IS LISTED IN THE POLICY DECLARATIONS, IT IS IN EFFECT FROM THE TIME COVERAGE UNDER THIS POLICY COMMENCES.  OTHERWISE, THE EFFECTIVE DATE OF THIS ENDORSEMENT IS AS SHOWN ABOVE AT THE SAME TIME OR HOUR OF THE DAY AS THE POLICY BECAME EFFECTIVE. | COUNTERSIGNED BY:<br><br>_____<br>AUTHORIZED REPRESENTATIVE |
| --- | --- |

THIS ENDORSEMENT IS USED AS AN OVERFLOW FOR FIELDS ON THE DECLARATIONS PAGE NOT LARGE ENOUGH FOR THE NECESSARY INFORMATION AND TO LIST OPTIONAL COVERAGES.

The following Named Insured(s) are added to the policy:

1. FLG Productions, LLC; Jax Media, LLC

2. Lions Gate Television Inc. with respects to the production "Florida Girls - Season 2"
3. Pop TV with respects to the production "Florida Girls- Season 2"

**ILU 003 (0589)**

IL 09 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EQUIPMENT BREAKDOWN COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

# ELECTRONIC DATA PROCESSING

## I.  COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss. The loss or damage must commence during the policy period.

a.  Covered Property, as used in this Coverage, means:

  (1)  "Computer Equipment", "Data" and "Media" owned by you; and

  (2)  Similar property of others in your care, custody or control and for which you are legally liable.

b.  Property Not Covered

  Covered Property does not include:

  (1)  Property leased or rented to others while away from your premises described in the Declarations;

  (2)  Accounts, bills, evidences of debt, valuable papers, abstracts, records, deeds, manuscripts or other documents, unless converted to "Data" and then only in that form;

  (3)  Contraband or property in the course of illegal transportation or trade; or

  (4)  Stock in Trade.

c.  Covered Causes of Loss

  (1)  With respect to "Media", Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

  (2)  With respect to "Computer Equipment" and "Data", Covered Causes of Loss means:

    (a)  Mechanical Breakdown;

    (b)  Artificially Generated Electrical Current creating a short circuit or other electric disturbance within an article covered under this Coverage;

    (c)  Dryness or dampness of atmosphere, changes in or extremes of temperature, or rust or other corrosion directly caused by direct physical loss of or damage to the air-conditioning system that specifically services the "Computer Equipment".

This Cause of Loss applies only when the direct physical loss or damage to the air-conditioning system is caused by Mechanical Breakdown or Artificially Generated Electrical Current described in (a) and (b) above.

d.  Additional Coverage

  **Extra Expense**

  (1)  We will pay the actual and necessary Extra Expense you sustain due to direct physical loss of or damage to:

    (a)  Covered Property at your premises or in transit;

    (b)  The air conditioning system that specifically services your "Computer Equipment";

    (c)  The building in which the Covered Property is located if the building is damaged to an extent that prevents access to the Covered Property; or

    (d)  The electrical system that specifically services your data operation if the damage to the system occurs inside, or within 100 feet of, the building housing your "Computer Equipment".

  (2)  Extra Expense means the following necessary expenses you incur during the "Period of Restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

    (a)  Expenses to avoid or minimize the suspension of business and to continue your business operations at:

      (i)  The described premises; and

      (ii)  Replacement premises or temporary premises. These expenses include relocation expenses and costs to equip and operate the replacement or temporary locations;

    (b)  Expenses to minimize the suspension of your business if you cannot continue business operations; or

(c) Expenses to:

    (i)   Repair or replace any Covered Property; or

    (ii)  Research, replace or restore the lost information stored on Covered Property;

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

(3) If you intend to continue your business operations at the described premises, you must resume your business operations as quickly as possible.

(4) The amount we will pay for loss or damage under this Additional Coverage is included in the applicable Limit of Insurance for this Electronic Data Processing Coverage.

## II. EXCLUSIONS

a. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

(1) Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a Covered Cause of Loss in order to protect Covered Property.

(2) (a) War, including undeclared or civil war;

    (b)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (c)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

(3) (a) Any weapon employing atomic fission, atomic fusion or radioactive force; or

    (b)  Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage

caused by that fire if the fire would be covered under this Coverage.

Exclusions a.(1) through a.(3) apply whether or not the loss event results in widespread damage or affects a substantial area.

b. We will not pay for loss or damage caused by or resulting from any of the following:

(1) Delay, loss of use, loss of market or any other consequential loss.

(2) Dishonest or criminal acts committed by:

    (a)  You, any of your partners, members, officers, mangers, employees, leased employees, directors, trustees or authorized representatives;

    (b)  Anyone else with an interest in the property, or their employees or authorized representatives; or

    (c)  Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire.

(3) Unauthorized instructions to transfer property to any person or to any place.

(4) Virus, harmful code or similar instruction introduced into or enacted on a computer system (including "Data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

(5) Programming errors or incorrect instructions.

(6) Work upon the property.

But if work upon the property results in fire or explosion, we will pay for direct loss or damage caused by that fire or explosion if the fire or explosion would be covered under this Coverage.

(7) Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

c. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss:

(1) Wear and tear, depreciation.

(2) Any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration.

(3) Insects, vermin or rodents.

d. We will not pay for any Extra Expense loss caused by suspension, lapse or cancellation of any license, lease or contract.

**III. LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**IV. DEDUCTIBLE**

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Electronic Data Processing Coverage. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

**V. CONDITIONS**

Except as described below, this Coverage is subject to the Loss Conditions and General Conditions contained in the forms made a part of this policy.

Except as described below, this Coverage is not subject to the Special Conditions and Additional Conditions contained in the forms made a part of this policy.

a. **Insurance to Value**

This Condition, if contained in the forms made a part of this policy, does not apply to this Coverage

b. **Method of Valuation**

(1) The value of your "Computer Equipment" will be:

(a) The cost of replacing the equipment with new property functionally identical to the damaged equipment if replaced; or

(b) Actual cash value if the property is not repaired or replaced.

In the event of partial damage to an item of "Computer Equipment", we will not pay more than the cost of reasonably restoring the property to its condition immediately prior to the loss.

(2) The value of "Computer Equipment" owned by others will be actual cash value or in accordance with contractual conditions or as you are obligated to pay by common law.

(3) The value of "Data", whether owned or not, will be the actual cost to reproduce. If the "Data" is not replaced or reproduced, we will pay the cost of the value of the "Media" with no stored "Data".

(4) The value of "Media", whether owned or not, will be determined as follows:

(a) The value of each item of property that is specifically declared and described in the Declarations is the applicable Limit of Insurance shown in the Declarations for that item.

(b) The value of other property is the cost to repair or replace the "Media" with substantially identical property.

(5) (a) The amount of your Extra Expense Loss will be determined based on all covered expenses you incur during the "Period of Restoration" that you would not have incurred if there had been no direct physical loss or damage to property.

(b) We will reduce the amount of your Extra Expense loss:

(i) By the salvage value that remains of any property bought for temporary use as a result of the direct physical loss or damage; and

(ii) To the extent you can return your business operations at the described premises to normal and discontinue such Extra Expense.

(c) If you do not resume your business operations at the described location, or do not resume such operations as quickly as possible, we will pay based on the length of time it would have taken to resume the operations as quickly as possible.

c. **Policy Period**

We cover loss or damage commencing during the policy period stated in the Declarations.

d. **Premium**

This Coverage is subject to the Premium Condition described in the forms made a part of this policy.

## VI. DEFINITIONS

For the purposes of this Coverage:

a. "Computer Equipment" means:

(1) Your programmable electronic equipment that is used to store, retrieve and process data. It includes their component parts and air conditioning, fire suppression equipment and electrical equipment used exclusively in your computer operations; and

(2) Associated peripheral equipment that provides communication including input and output functions such as printing or auxiliary functions such as data transmission.

"Computer Equipment" does not include "Data" or "Media".

b. "Data" means"

(1) Data stored on "Media"; and

(2) Programming records used for electronic data processing or electronically controlled equipment.

c. "Media" means electronic data processing, recording or storage media such as software, films, tapes, discs, drums or cells.

d. "Period of Restoration" means the period of time that:

(1) Begins with the date of loss caused by or resulting from a Covered Cause of Loss at a covered location; and

(2) Ends on the date when the property at the covered location should be repaired, rebuilt or replaced with reasonable speed and similar quality.

# SECTION II, COVERAGE B. EXTRA EXPENSE

## I. COVERAGE

We will pay the actual and necessary loss you sustain as Extra Expense due to the interruption, postponement or cancellation of an "Insured Production". The interruption, postponement or cancellation must be from a Covered Cause of Loss during the Term of Coverage.

a. Extra Expense, as used in this Coverage, means the following expenses you actually incur or plan to incur during the "Period of Restoration" that you would not have incurred had there been no direct physical loss or damage to Covered Property:

   (1) Necessary additional "Insurable Production Cost" incurred to avoid or minimize the interruption, postponement or cancellation of the "Insured Production"; and

   (2) Necessary expenses incurred to the extent they reduce the amount of loss that otherwise would be payable under this Coverage.

   Extra Expense does not include loss of earnings or profit.

b. Covered Property, as used in this Coverage, means property used or intended to be used in connection with an "Insured Production".

c. Property Not Covered

   Covered Property does not include Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media.

d. Covered Causes of Loss

   Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

e. Term of Coverage

   Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in Item 2. of the Declarations, and continuing until the expiration date of this policy or completion of "Principal Photography", whichever occurs first.

## II. ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat.

   This exclusion does not apply to verifiable breakdown or malfunction of generators, camera equipment, sound equipment, lighting equipment or computerized systems used to control them.

b. Processing or work upon the property.

   But if processing or work upon the property results in fire or explosion, this exclusion does not apply to direct loss or damage caused by that fire or explosion, if the fire or explosion would be covered under this Coverage.

c. Unexplained or mysterious disappearance or shortage found upon taking of inventory.

d. Rain, ice, sleet, snow or hail, whether driven by wind or not, to property stored in the open.

   This exclusion does not apply to property that was built or designed to be stored in the open.

e. Intentional acts committed by you or at your direction.

   This exclusion does not apply to damage, destruction or threat thereof to software or computer media by an external person or an internal employee breaching your authority and safeguards to protect such software or computer media.

f. Delay, loss of use (including loss of use of animals), loss of market, interruption of business, or any other consequential loss.

## III. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Extra Expense coverage.

## IV.  DEDUCTIBLE

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Extra Expense Coverage. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

## V.  METHOD OF VALUATION

a.  The amount of your loss will be determined based on:

(1)  All "Insurable Production Cost" that exceeds the amount of "Insurable Production Cost" you would have incurred during the "Period of Restoration" if no direct physical loss or damage had occurred; and

(2)  All other necessary expenses that reduce the amount of loss otherwise payable.

b.  We will reduce the amount of your loss:

(1)  By the salvage value that remains of any property bought for temporary use as a result of the direct physical loss or damage; and

(2)  To the extent you can resume "Principal Photography" and discontinue Extra Expense or do not resume "Principal Photography" as quickly as possible.

We will pay based on the length of time it would have taken to resume "Principal Photography" as soon as possible.

c.  If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing "Principal Photography", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

## VI.  ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Additional Duty In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

Unless you intend to abandon the "Insured Production", you must resume "Principal Photography" as quickly as possible.

## VII.  ADDITIONAL DEFINITION

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

"Period of Restoration" means the period of time that:

a.  Begins with the date of direct physical loss or damage resulting from any Covered Cause of Loss; and

b.  Ends on the earlier of:

(1)  The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality and "Principal Photography" is resumed; or

(2)  The date the "Insured Production" is abandoned.

The expiration date of this policy will not cut short the "Period of Restoration".

POLICY NUMBER:                                                     **DICE PRODUCERS PORTFOLIO**
**DI 319 0610**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# IMMINENT PERIL

This endorsement modifies insurance provided under the following:

      **DICE COVERAGE**
      **MPTV COVERAGE**
      **THEATRICAL COVERAGE**

Coverage is extended to Cast and Extra Expense to include "imminent peril", defined as certain, immediate and impending danger of such probability and severity to persons or property that it would be unreasonable or unconscionable to ignore.

Except as provided above, this extension does not negate the applicability of the basic terms and conditions of the Extra Expense Coverage in the event that an imminent peril results in damage to or destruction of property or facilities payable under this policy; or the Cast Coverage in the event that an imminent peril results in death, injury or sickness of a covered person, in which case a separate claim will result from the consequential loss as described above.

**Limit of Liability**:

The most we will pay for loss is $ 500000  per Occurrence and Aggregate.

**Deductible**:

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount of $ 7500 .

We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

POLICY NUMBER:                                         **DICE PRODUCERS PORTFOLIO**
                                                              **DI 321 0610**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# INGRESS AND EGRESS

This endorsement modifies insurance provided under the following:

      **DICE COVERAGE B. EXTRA EXPENSE**
      **MPTV COVERAGE B. EXTRA EXPENSE**
      **THEATRICAL COVERAGE D. EXTRA EXPENSE**

**I. COVERAGE**, d. Covered Causes of Loss, is extended to include ingress to or egress from Covered Property due to direct physical loss or damage to property within _3_ miles of the Covered Property except as excluded herein.

# MPTV PRODUCERS PORTFOLIO POLICY CONDITIONS

Throughout this policy, "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning.

The following conditions, exclusions and definitions apply in addition to the applicable Additional Conditions, Additional Exclusions and Additional Definitions in the MPTV Producers Portfolio Coverage Forms.

## I.   LOSS CONDITIONS

**a.   Abandonment of Property**

There can be no abandonment of any property to us without our written consent.

**b.   Access To Records And Examination Under Oath**

We or our representatives may examine and audit your books and records as they relate to this policy at any time during the term of coverage or while a claim is pending.

If requested, you must permit us to question you and, so far as within your power, all other interested persons under oath, at such times as may be reasonably required, about any matter relating to this insurance or a claim.

No such examination under oath or examination of books or documents, nor any other act by us or any of our employees or representatives in connection with the investigation of any loss or claim hereunder, shall be deemed a waiver of any defense which we might otherwise have with respect to any loss or claim, but all such examinations and acts shall be deemed to have been made or done without prejudice to our liability.

**c.   Appraisal**

If you and we fail to agree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent, independent appraiser and notify the other party of the appraiser's identity within twenty (20) days after receipt of the written demand. The two appraisers will then select a competent, impartial

umpire. If they are unable to agree upon an umpire within fifteen (15) days, you or we can ask a judge of a court of record in the state of your residence to select an umpire. The appraisers will state separately the value of the property and amount of loss. If they fail to agree within a reasonable time, they will submit their differences to the umpire. Written agreement signed by any two of these three shall be binding. Each party will pay its chosen appraiser and equally bear the other expenses of the appraisal and umpire.

If there is an appraisal, we will still retain our right to deny the claim.

**d.   Deductible**

(1)   When a deductible applies, the terms of this insurance, including those with respect to your duties in the event of loss or damage, apply irrespective of the application of the deductible amount.

(2)   We may pay any part or all of a deductible amount to effect settlement of any claim and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**e.   Due Diligence Clause**

You shall use due diligence and do and concur in doing all things reasonably practicable to avoid or diminish any loss or any circumstance likely to give rise to a loss or claim insured under this policy. This policy extends to indemnify you for any additional expenses necessarily incurred by you to avoid or diminish such loss or claim, subject to any deductible provisions of this policy. This indemnification will not increase the limit of insurance, and we will not pay more for any loss than the amount that would have been payable had you not incurred the additional expenses.

**f.   Duties In The Event of Loss Or Damage**

In case of a loss or damage to which this insurance may apply, you must see that the following duties are performed:

(1)   Police Notification - Notify the police if a law may have been broken.

(2) Minimize Loss or Damage – Take all reasonable steps to protect the property and Covered Persons from further damage and minimize the loss. Keep a record of your expenses in doing so for consideration in the settlement of the claim. This will not increase the limit of insurance.

(3) Notice of Loss or Damage

  (a) Report as soon as practicable to us or our authorized representative any loss or damage which may become a claim under this policy. Include a description of the property or loss involved.

  (b) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Proof of Loss - File with us, or our authorized representative, a detailed proof of loss signed and sworn to by you setting forth to the best of your knowledge and belief the facts of the loss and the amount thereof. You must do this within one hundred eighty (180) days after discovery of the loss or damage.

(5) Cooperation

  (a) Except at your own cost, make no voluntary payments, assume no obligations, and incur no expenses without our consent.

  (b) Permit us to inspect the property and records proving the loss or damage.

  Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

  (c) Immediately send us copies of any demands, summonses or legal papers received in connection with the claim or suit.

  (d) Cooperate with us in the investigation or settlement of the claim.

**g.  Loss Payment**

(1) Loss or damage covered by this policy will be payable to you or your loss payee.

  We agree that any holder of a Certificate of Insurance issued by us or on our behalf will be considered a Loss Payee, subject to your legal liability.

(2) We will not pay you more than your financial interest in the covered property.

(3) If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

(4) We will pay you for covered loss or damage within thirty (30) days after we receive and accept a satisfactory sworn proof of loss, if you have complied with all the terms of this policy and:

  (a) We have reached agreement with you on the amount of loss;

  (b) A final judgment has been entered; or

  (c) An appraisal award has been made.

(5) We may adjust losses directly with the owners of lost or damaged property, if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property.  We will not pay the owners more than their financial interest in the covered property.

(6) We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

We will not be liable for any part of a loss that has been paid or made good by others.

**h.  Other Insurance**

If at the time of loss or damage any other insurance is available, which would apply to the loss or damage in the absence of this policy, the insurance provided by this policy shall apply as excess insurance over the other insurance.

**i.  Recoveries**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**j.  Subrogation**

If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them.

**k.  Exchange Rate**

The rate of exchange applied to a loss shall be the rate as paid by you to purchase the foreign funds. We reserve the right for claims that we settle directly with third parties to this policy, to adjust the claims at the prevailing exchange rate of the exchange rate used to actually purchase the foreign funds.

## II.  GENERAL CONDITIONS

### a.  Assignment

This policy may not be assigned or transferred without our written consent.

### b.  Cancellation

(1)  The first Named Insured shown in the Declarations may cancel this policy by returning it to us or our authorized representative, stating in writing the future date it is to be cancelled. The Term of Coverage will end on that date.

(2)  We may cancel this policy by written notice to the first Named Insured at least:

(a)  Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b)  Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

(3)  We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

(4)  Notice of cancellation will state the effective date of cancellation. The Term of Coverage will end on that date.

(5)  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

(6)  If notice is mailed, proof of mailing will be sufficient proof of notice.

### c.  Concealment, Misrepresentation or Fraud

This policy is void in any case of fraud, intentional concealment or misrepresentation of any material fact or circumstances concerning this insurance, by you or any other insured, at any time. If you make any false or fraudulent claim as to amount or otherwise, this policy is void as to that specific claim and we have the right to terminate this policy at that time, and any subsequent claims by you are forfeited.

### d.  Conformity to State Law

When any policy provision is in conflict with the applicable law of the State in which this policy is issued, the law of the State shall apply unless this policy is broader.

### e.  Inspections and Surveys

(1)  We have the right to:

(a)  Make inspections and surveys at any time;

(b)  Give you reports on the conditions we find; and

(c)  Recommend changes.

(2)  We are not obligated to make any inspections, surveys, reports or recommendations, and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety recommendations. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

(a)  Are safe or healthful; or

(b)  Comply with laws, regulations, codes or standards.

(3)  Paragraphs (1) and (2) of this Condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

### f.  Insurance Not to Benefit Others

No person or organization, other than you, having custody of the property and to be paid for services shall benefit from this insurance. This restriction does not apply to a person or organization, other than a common carrier, who is working on your behalf under the terms of a contract.

### g.  Legal Action Against Us

No one may bring a legal action against us under this policy unless there has been full compliance with all the terms of this policy and the action is brought within one (1) year after the occurrence causing the loss or damage.

No person or organization has a right under this policy to join us as a party or otherwise bring us into any action to determine the liability of you or any other insured.

### h.  Policy Changes

This policy contains all of the agreements between you and us concerning the insurance afforded. No changes may be made in this policy except by us in writing.

### i.  Territory

This policy applies anywhere in the world.

**j.   Inadvertent Error Clause**

You shall not be prejudiced by an unintentional or inadvertent omission, error or incorrect description of the property insured hereunder, provided notice be given to us and corrections made as soon as practicable after discovery of any such error or omission.

**k.   Liberalization Clause**

If we adopt any provision which would broaden the coverage under this policy without additional premium within 90 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

**III.   SPECIAL CONDITIONS**

**a.   Duty to Declare**

Prior to the commencement of "Principal Photography", you shall declare to us each production that you undertake during the term of coverage, including any increase in the number of episodes of a series of television productions over and above the number originally declared.

**b.   Policy Period**

We cover loss or damage commencing during the Term of Coverage stated on the Coverage Forms attached to and made a part of this policy.

In the event that "Principal Photography" has not been completed by the estimated completion date stated on the Declarations page, the insurance afforded under this policy shall automatically be extended until completion of "Principal Photography", or until the expiration date of this policy, whichever occurs first. This extension will be subject to additional premium, based on the rating schedule(s) attached to and made a part of this policy.

**c.   Premium**

(1) The first Named Insured shown in the Declarations:

(a) Is responsible for the payment of all premiums; and

(b) Will be the payee for any return premiums we pay.

(2) We will compute all premiums for this policy in accordance with the rating schedule(s) attached to and made a part of this policy.

(3) You must advise us of the exact date of termination of "Principal Photography" of an "Insured Production" within seven (7) days of that termination date.

(4) The premium shown in this policy is a deposit premium only unless specifically stated otherwise. At the end of "Principal Photography" we will compute the earned premium by applying the rates set forth in the rating schedule(s) to the final "Insurable Production Cost", subject to any applicable minimum premiums.

If the earned premium is greater then the deposit premium, we will send a bill to the first Named Insured that shows the amount due and when it is payable. If the earned premium is less than the deposit premium, we will return the excess to the first Named Insured.

The first Named Insured must keep records of the "Insurable Production Cost" and other information we need for premium computation, and send us copies at such times as we may request.

**d.   Stop Date Loss**

A "Stop Date Loss" is a loss you necessarily incur because of a delay in completing the original shooting schedule of an "Insured Production" that will otherwise prevent you from honoring the termination date to which you have agreed in a written performance contract or agreement for persons or property.

This policy does not insure against loss or damage caused by or resulting from a "Stop Date Loss" unless the need to incur the "Stop Date Loss" directly prevents or reduces loss or damage to which this insurance applies. In that case only, coverage will apply to a "Stop Date Loss", subject to the following conditions:

(1) If you necessarily incur the "Stop Date Loss" solely and directly as a result of loss or damage to which this insurance applies, the "Stop Date Loss" will be recoverable, subject to the applicable limit of insurance, any applicable deductible provisions, and all other terms and conditions of this policy.

(2) If you necessarily incur the "Stop Date Loss" partly as a result of loss or damage to which this insurance applies and partly as a result of uninsured loss or damage, then an apportionment of the "Stop Date Loss" will be made.

(3) If you necessarily incur the "Stop Date Loss" not as a result of loss or damage to which this insurance applies, then no part of the "Stop Date Loss" will be recoverable.

Your performance contract must allow you to extend the original termination date by at least 25% of the contracted period, subject to a minimum period of three (3) shooting days.

**e.   Suspension or Abandonment of an "Insured Production"**

(1) You may suspend or abandon an "Insured Production" for reasons other than loss or damage covered under this policy at any

time at your sole discretion, upon written notice to us.

(a) If you elect to suspend "Principal Photography", the insurance afforded by this policy shall remain in effect, and "Principal Photography" of the "Insured Production" shall be deemed to be continuing for the purposes of determining the earned premium due. "Principal Photography" will be deemed completed only if you notify us within seven (7) days after the "Principal Photography" is discontinued.

Permission is granted to you to abandon the "Insured Production" during the suspension period.

(b) If you elect to abandon an "Insured Production", coverage under this policy will end thirty (30) days after the abandonment date declared to us or the expiration date of this policy, whichever occurs first.

(2) Should a covered loss or damage result in abandonment of an "Insured Production" during the term of coverage, under any Coverage of this policy, we have the right to require that you surrender all owned or licensed rights, titles and interests in all documents, underlying works, copyrights and all related material of the "Insured Production". You cannot unreasonably withhold agreement to such surrender.

We agree to increase the limit of insurance for the applicable coverage by the amount actually incurred for all owned or licensed rights, titles and interests in all documents, underlying works, copyrights and all related material of the "Insured Production". As consideration for the increased limits, we may charge an additional premium, using the rate charged for the original policy against the value of the rights obtained.

## IV. DEFINITIONS APPLICABLE TO ALL COVERAGES OF THIS POLICY

**a.** "Continuity" means costs incurred to match or maintain the Environment of the "Insured Production" during "Principal Photography".

The Environment includes weather, climate, natural lighting or seasonal changes in which you are filming the "Insured Production".

**b.** "Earthquake" means:

(1) Any earth movement, such as an earthquake, landslide, mine subsidence, or earth sinking, rising or shifting; and

(2) Volcanic eruption, meaning the eruption, explosion or effusion of a volcano;

provided that all earth movements or volcanic eruptions that occur within any seventy-two (72) hour period will constitute a single earth movement or volcanic eruption.

**c.** "Flood" means flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not.

**d.** "Insurable Production Cost" includes:

(1) All costs, including overhead, chargeable directly to an "Insured Production" or series of productions, including any amount of other overhead you declare at the time you declare an "Insured Production" or series of productions.

However, the following costs shall not be included in "Insurable Production Cost":

(a) Royalties, residuals, premiums paid for this insurance, interest on loans, and personal and real property taxes;

(b) Story, scenario, music rights, and sound rights, except with respect to television series, specials and pilots; and

(c) "Continuity", except when a period of suspension due to covered loss or damage exceeds ninety (90) days.

Nevertheless, you have the option to include these excluded costs at the time you declare an "Insured Production" or series of productions. In that case, such costs will be included in the "Insurable Production Cost"; and

(2) The amount of any loss or damage paid under this policy. This provision does not apply where premium is based on an episodic charge.

**e.** "Insured Production" means a production that has been declared and accepted by us and endorsed to this policy.

**f.** "Mobile Equipment means any of the following types of land vehicles, including any attached machinery or equipment:

(1) Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

(2) Vehicles that travel on crawler treads;

(3) Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted equipment, or maintained primarily for purposes other than the transportation of persons or cargo.

However, "Mobile Equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

**g.** "Principal Photography" means the continuous period of time from the start date to the completion date you actually require to photograph or tape an "Insured Production", including any necessary wraptime.

## V. EXCLUSIONS APPLICABLE TO ALL COVERAGES OF THIS POLICY

**a.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

(1) Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a Covered Cause of Loss in order to protect Covered Property.

(2) Risks of contraband or illegal transportation or trade.

(3) (a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

(4) (a) Any weapon employing atomic fission, atomic fusion or radioactive force; or

(b) Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this policy.

Exclusions a.(1) through a.(4) apply whether or not the loss event results in widespread damage or affects a substantial area.

**b.** We will not pay for loss or damage caused by or resulting from any of the following:

(1) Dishonest or criminal acts committed by:

(a) You, any of your partners, members, officers, managers, employees, leased employees, directors, trustees or authorized representatives;

(b) Anyone else with an interest in the property, or their employees or authorized representatives; or

(c) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

(2) Any uninsured event occurring before, concurrently with or after the happening of an insured event, which directly or indirectly causes or in any way contributes to cause or increase loss or damage under this policy, but only with respect to that portion of any such loss or damage caused by or contributed to by the uninsured event.

(3) Discharge, dispersal, seepage, migration, release or escape of "Pollutants" or environmental impairment of any kind.

But if any of these results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

"Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

(4) A "Stop Date Loss", as described in Special Condition d., except as otherwise provided in Special Condition d.

(5) Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

# SECTION I. CAST COVERAGE

**I. COVERAGE**

We will pay the actual and necessary loss you sustain by reason of a Covered Person being prevented from commencing, continuing or completing an assigned duty or role in an "Insured Production". The loss must be caused by or result from a Covered Cause of Loss during the Term of Coverage.

a. Covered Person, as used in this Coverage, means a person accepted by us for Cast Coverage and specifically named in an endorsement attached to this policy.

b. Covered Causes of Loss

Covered Causes of Loss means accidental injury, sickness or death to a Covered Person except those causes of loss listed in the Exclusions.

c. Term of Coverage

(1) Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in Item 2. of the Declarations, and continuing until the expiration date of this policy or completion of "Principal Photography", whichever occurs first.

(2) Subject to VI. ADDITIONAL CONDITIONS b., you may declare a covered person for coverage during a Pre-Production period of Cast Coverage subject to the following:

(a) The Pre-Production period for Covered Persons who are "Guest Artists" in episodic television begins five (5) days before the start of "Principal Photography" or videotaping of the "Insured Production".

(b) The Pre-Production period for other Covered Persons begins up to a maximum of sixty (60) days before the start of "Principal Photography".

(3) You may, provided we are given prior notice:

(a) Declare a starting date of "Principal Photography" at any time within the term of the policy; and

(b) Continue Cast Coverage for up to sixty (60) days after completion of "Principal Photography" to include

necessary pickup and re-shoots. This extension will be subject to additional premium, based on the rating schedule(s) attached to and made a part of this policy. Additional medical examinations are not required for this extension.

**II. ADDITIONAL EXCLUSIONS**

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss caused by or resulting from any of the following:

a. Any Covered Person taking part in flying other than as a passenger;

b. Any Covered Person taking part in any hazardous stunt(s) without our written consent;

c. The inability of any female to continue her performance because of pregnancy or conditions pertaining to pregnancy;

d. Any Covered Person over sixty-five years of age unless the person is specifically named in an endorsement attached to this policy;

e. The following diseases contracted by any Covered Person under nine (9) years of age: mumps, chicken pox, measles, rubella, whooping cough, scarlet fever, tonsillitis or diphtheria;

f. Any reservation, exception or restriction we have imposed on a Covered Person, as described in the Medical Examination Condition below, regardless of when the event causing loss occurs.

**III. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Cast Coverage.

**IV. DEDUCTIBLE**

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Cast Coverage. We will then pay the amount of the adjusted loss in excess of

the deductible, up to the applicable limit of insurance.

**V. METHOD OF VALUATION**

a. The amount of your loss will be determined based on:

(1) All necessary "Insurable Production Cost" you incur to complete "Principal Photography" that exceeds the amount of "Insurable Production Cost" you would have incurred if the covered cause of loss had not occurred; and

(2) All other necessary expenses that reduce the amount of loss otherwise payable.

However, your loss will not include loss of earnings or profit.

b. We will reduce the amount of your loss to the extent:

(1) You can resume "Principal Photography" and discontinue incurring extra "Insurable Production Cost"; or

(2) You do not resume "Principal Photography" as quickly as possible.

We will pay based on the length of time it would have taken to resume "Principal Photography" as soon as possible.

c. If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing "Principal Photography", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

**VI. ADDITIONAL CONDITIONS**

For the purposes of this Coverage, the following Conditions apply in addition to the Policy Conditions.

a. **Additional Duties In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

(1) You must report immediately to us or our authorized representative any fact or circumstance which may prevent a Covered Person from commencing, continuing or completing an assigned duty or role in an "Insured Production" and which may result in a claim under this policy.

(2) You must immediately secure and file with us or our authorized representative the certification of a duly licensed physician. The certification must include a complete description of the injury or sickness, and the prognosis or cause of death.

(3) You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the Covered Person, to:

(a) Have any Covered Person examined by a medical doctor of our choice; and

(b) Have continuing access to the medical records of any Covered Person.

**WARRANTY**

It is warranted that your failure to comply with any of these conditions will prejudice us and will release us from any claim that involves such failure.

b. **Medical Examination**

(1) Each Covered Person, other than a "Guest Artist" in episodic television, must be examined by a duly licensed physician, designated or approved by us prior to the date the Covered Person's assigned duties or role in the "Insured Production" are scheduled to commence.

The physician must complete and submit to us a medical questionnaire and certificate, on forms approved by us and signed by the Covered Person.

At our option we may waive the requirement for an independent medical examination subject to the Covered Person completing our Statement of Health.

(2) Cast Coverage for the Covered Person will become effective on the date the medical examination is completed, subject to our receipt and approval of the medical questionnaire and certificate.

Based on the medical information submitted to us, we have the right to make any reservation, exception or restriction regarding the insurability of the Covered Person within a reasonable period of time.  We will not pay for loss caused by or resulting from any such reservation, exception or restriction.

**VII. ADDITIONAL DEFINITION**

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

"Guest Artist" means a Covered Person appearing in or contracted to appear in episodic television for less than three (3) consecutive episodes or less than fifty percent (50%) of a series of productions.

# SECTION II, COVERAGE A. PROPS, SETS & WARDROBE

## I. COVERAGE

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss. The loss or damage must commence during the Term of Coverage.

a. Covered Property, as used in this Coverage, means:

(1) Your scenery, costumes, theatrical props and related theatrical property; and

(2) Similar property of others in your care, custody or control and for which you are legally liable;

that are used or intended to be used in an "Insured Production".

b. Property Not Covered

Covered Property does not include:

(1) Personal Property that is covered under any other Coverage of this policy;

(2) Animals, unless specifically added by an endorsement to this policy;

(3) Growing plants, unless used as part of a set;

(4) Accounts; bills; currency, numismatic properties or money; food stamps; notes; securities; stamps; deeds; evidences of debt; letters of credit; credit cards; passports; transportation, admission or other tickets;

(5) Buildings or their improvements and betterments;

(6) Furniture and fixtures, unless used or intended to be used as part of a set;

(7) Aircraft, unless used as part of a set as a non-functional craft during filming or taping;

(8) Watercraft valued over $10,000 while waterborne, unless used or intended to be used as part of a set and moored to a pier, dock, wharf or similar fixed structure;

(9) Motorcycles, motor vehicles, or other self-propelled conveyances (including self-propelled "Mobile Equipment"), unless used as part of a set and not being self-propelled during filming or taping;

(10) Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media, unless used as a prop on a set.

c. Covered Causes of Loss

Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

d. Term of Coverage

Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in Item 2. of the Declarations, and continuing until  sixty (60) days following completion of "Principal Photography" or until  the expiration date of this policy, which ever occurs first.

## II. ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat.

b. Processing or work upon the property.

But if processing or work upon the property results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

c. Unexplained or mysterious disappearance or shortage found upon taking of inventory.

d. Rain, ice, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open.

e.   Artificially generated electrical current, including electrical arcing, that disturbs electrical devices, appliances or wires within the property or facilities you use in connection with an "Insured Production".

But if artificially generated electrical current results in fire, we will pay for the loss or damage directly caused by that fire.

f.   Intentional acts committed by you or at your direction.

g.   Delay, loss of use, loss of market, interruption of business, or any other consequential loss.

### III.   LIMITS OF INSURANCE

a.   The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Props, Sets & Wardrobe coverage.

b.   Subject to a. above, $25,000 is the most we will pay for loss or damage to the following types of property:

(1)   Furs, fur garments and garments trimmed with fur;

(2)   Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals; and

(3)   Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

This limit applies to any one occurrence, regardless of the types or number of articles that are lost or damaged in that occurrence.

### IV.   DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Props, Sets & Wardrobe Coverage. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

### V.   METHOD OF VALUATION

We will determine the value of Covered Property in the event of loss or damage as follows:

a.   We will determine the value of Vehicles, whether owned or not, at actual cash value at the time and location of the loss or damage. For the purposes of valuation, "Vehicles" includes aircraft, watercraft, and all self-propelled conveyances. However, "Vehicles" does not include "Mobile Equipment", whether self-propelled or not.

b.   We will determine the value of your property other than Vehicles at Replacement Cost (without deduction for depreciation), subject to the following conditions:

(1)   We will not pay on a Replacement Cost basis for any loss or damage:

(a)   Until the lost or damaged property is actually repaired or replaced; and

(b)   Unless the repairs or replacement are made within one year after the loss or damage.

If you fail to meet these conditions, we will determine the value of the property at actual cash value at the time of loss or damage.

(2)   We will not pay more for loss or damage on a Replacement Cost basis than the least of the following:

(a)   The Limit of Insurance applicable to the lost or damaged property;

(b)   The cost to replace the lost or damaged property with other property:

(i)   Of comparable material and quality; and

(ii)   Used for the same purpose; or

(c)   The amount actually spent that is necessary to repair or replace the lost or damaged property.

c.   We will determine the value of property other than Vehicles that is owned by others at actual cash value or in accordance with contractual conditions or as you are obligated to pay by common law.

# SECTION II, COVERAGE C. THIRD PARTY PROPERTY DAMAGE

**I.  COVERAGE**

We will pay those sums that the Insured becomes legally obligated to pay as damages because of direct physical loss or damage, including loss of use, to Covered Property, caused by accident and arising out of any Covered Cause of Loss during the Term of Coverage. We will have the right and duty to defend the Insured against any "Suit" seeking those damages. However, we will have no duty to defend the Insured against any "Suit" seeking damages for direct physical loss or damage to which this insurance does not apply.  We may, at our discretion, investigate and settle any claim or "Suit" that may result. But:

(1) The amount we will pay for damages is limited, as described in Part III. - Limits of Insurance; and

(2) Our right and duty to defend ends when we have used up the Limit of Insurance in the payment of judgments and settlements.

a.  Covered Property, as used in this Coverage, means tangible property of others in an Insured's care, custody or control that is used or intended to be used in connection with an "Insured Production" including temporarily rented or leased accommodation for cast or crew..

b.  Property Not Covered

Covered Property does not include:

(1) Personal property rented to or leased by an Insured, except when temporarily rented or leased with or for accommodation for cast or crew and including loss of use of such property that is covered for direct physical damage under Section II, Coverage A. Props, Sets & Wardrobe or Section II, Coverage D. Miscellaneous Equipment of this policy;

(2) Buildings and premises rented to or leased by an Insured for any use or purpose other than filming or taping in connection with an "Insured Production"; except when temporarily rented or leased by the insured for cast or crew.

(3) Any property that is involved in a hazardous activity or stunt, unless approved by us in writing;

(4) Animals;

(5) Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media; and

(6) Motor vehicles, trailers, aircraft or watercraft, except for loss of use of such property that is covered for direct physical damage under Section II, Coverage A. Props, Sets & Wardrobe or Section II, Coverage D. Miscellaneous Equipment of this policy.

c.  Covered Causes of Loss

Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

d.  Additional Coverage

**Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any "Suit" against an Insured we defend:

(1) All expenses we incur.

(2) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(3) All reasonable expenses, other than loss of earnings, incurred by the Insured at our request.

(4) All costs taxed against the Insured in the "Suit".

(5) Prejudgment interest awarded against the Insured on that part of the judgment we pay. If we make an offer to pay our Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the

part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

e. Coverage Extension

**Who Is An Insured**

Throughout this Coverage, the word "Insured" includes you and each of the following:

(1) If you are a partnership or joint venture, your members and partners, but only with respect to the conduct of your business.

(2) If you are a limited liability company, your members, but only with respect to the conduct of your business. Your managers are Insureds, but only with respect to their duties as your managers.

(3) If you are an organization other than a partnership, joint venture or limited liability company, your executive officers and directors, but only with respect to their duties as your officers or directors.

(4) If you are a trust, your trustees, but only with respect to their duties as trustees.

(5) Your "Employees", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

(6) Your "Volunteer Workers" or any other person under your direct control, but only while performing duties related to the conduct of your business.

f. Term of Coverage

Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in Item2. of the Declarations, and continuing until the earliest of the following dates:

(1) The date of delivery required under the completion guarantee agreement with the distributor(s);

(2) The date your completion guarantor is released from further obligations to you;

(3) Eighteen (18) months after completion of "Principal Photography";

(4) The date on which a protection print or duplicate tape of an "Insured Production" has been completed and physically removed from the premises where the original negative or tape is located;

(5) The date your interest in the property ceases; or

(6) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## II. ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a. Intentional acts committed by or at the direction of any Insured.

b. The failure of an Insured to provide reasonable care for Covered Property.

## III. LIMITS OF INSURANCE

The most we will pay in damages as the result of any one accident is the Limit of Insurance shown in the Declarations for Third Party Property Damage coverage.

## IV. DEDUCTIBLE

Our obligation to pay damages applies only to the amount of damages in excess of the deductible amount shown in the Declarations for Third Party Property Damage Coverage. The deductible amount applies to all damages as the result of any one accident, regardless of the number of persons or organizations who sustain damages because of that accident.

Subject to the Deductible applicable to the physical loss or damage has been exhausted, this deductible does not apply to a loss of use claim for property that is covered for direct physical loss or damage under any other Coverage of this policy.

## V. AMENDED CONDITIONS

a. The following Policy Condition does not apply to this Coverage:

Condition III.d. – Stop Date Loss

b. Condition I.g. – Loss Payment is replaced by the following:

(1) If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

(2) We will not be liable for any part of a loss that has been paid or made good by others.

**VI.  ADDITIONAL CONDITION**

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Legal Action Against Us**

The following is added to Policy Condition II.g. – Legal Action Against Us

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an Insured; but we will not be liable for damages that are not payable under the terms of this Coverage or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the Insured, and the claimant or the claimant's legal representative.

**VII.  ADDITIONAL DEFINITIONS**

For the purposes of this Coverage, the following definitions apply in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

a.  "Employee" includes a "Leased Worker" and a "Temporary Worker".

b.  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased Worker" does not include a "Temporary Worker".

c.  "Suit" means a civil proceeding in which damages to which this insurance applies are alleged.  "Suit" includes:

(1)  An arbitration proceeding in which damages are claimed and to which the Insured must submit or does submit with our consent; or

(2)  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the Insured submits with our consent.

d.  "Temporary Worker" means a person who is furnished to you to substitute for a permanent "Employee" on leave or to meet seasonal or short-term workload conditions.

e.  "Volunteer Worker" means a person who is not your "Employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**MPTV PRODUCERS PORTFOLIO**
**MP 205 1211**

# SECTION II, COVERAGE D. MISCELLANEOUS EQUIPMENT

**I. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property from any of the Covered Causes of Loss. The loss or damage must commence during the Term of Coverage.

   a. Covered Property, as used in this Coverage, means:

      (1) Your personal property, including, but not limited to cameras, camera equipment, sound and lighting equipment, portable electrical equipment, mechanical effects equipment, grip equipment and "Mobile Equipment"; and

      (2) Similar property of others in your care, custody or control and for which you are legally liable;

   that are used or intended to be used in an "Insured Production".

   b. Property Not Covered

   Covered Property does not include:

      (1) Personal Property that is covered under any other Coverage of this policy;

      (2) Scenery, costumes, theatrical props and related theatrical property;

      (3) Animals;

      (4) Growing plants;

      (5) Accounts; bills; currency, numismatic properties or money; food stamps; notes; securities; stamps; deeds; evidences of debt; letters of credit; credit cards; passports; transportation, admission or other tickets;

      unless specifically added by an endorsement to this policy;

      (6) Buildings or their improvements and betterments;

      (7) Aircraft;

      (8) Watercraft valued over $10,000;

      (9) "Land Vehicles" or "Mobile Equipment" while involved in racing, chase scenes, precision driving or stunts, unless specifically added by an endorsement to this policy;

      (10) "Land Vehicles" you own, unless specifically added by an endorsement to this policy;

      (11) Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media;

      (12) Furs, fur garments and garments trimmed with fur;

      (13) Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals;

      (14) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

   c. Covered Causes of Loss

   Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

   d. Term of Coverage

   Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in Item2. of the Declarations, and continuing until the earliest of the following dates:

      (1) The date of delivery required under the completion guarantee agreement with the distributor(s);

      (2) The date your completion guarantor is released from further obligations to you;

      (3) Eighteen (18) months after completion of "Principal Photography";

      (4) The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

      (5) The date your interest in the property ceases; or

(6) The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## II. ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a. Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin, or rodents; corrosion, rust, dampness, cold or heat.

b. Processing or work upon the property.

But if processing or work upon the property results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

c. Unexplained or mysterious disappearance or shortage found upon taking of inventory.

d. Rain, ice, sleet, snow or hail, whether driven by wind or not, to property stored in the open. This exclusion does not apply to property that was built or designed to be stored in the open.

e. Intentional acts committed by you or at your direction.

f. Delay, loss of use, loss of market, interruption of business, or any other consequential loss.

## III. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Miscellaneous Equipment coverage.

## IV. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the applicable Deductible. We will then pay the amount of the adjusted loss or damage in excess of that Deductible, up to the applicable limit of insurance.

a. Calculation of the Deductible for "Land Vehicles"

In determining the amount, if any, that we will pay for "Land Vehicles" that have sustained loss or damage, the Deductible amount is 10% of the adjusted loss or damage for those "Land Vehicles".

However, the Deductible amount for each "Land Vehicle" that has sustained loss or damage will be not less than $1,000 and not more than $10,000.

b. Calculation of the Deductible for Covered Property Other Than "Land Vehicles"

In determining the amount, if any, that we will pay for Covered Property other than "Land Vehicles" that has sustained loss or damage, the Deductible is the amount shown in the Declarations as the deductible for Miscellaneous Equipment Coverage.

## V. METHOD OF VALUATION

We will determine the value of Covered Property in the event of loss or damage as follows:

a. We will determine the value of "Land Vehicles", whether owned or not, at actual cash value at the time and location of the loss or damage.

b. We will determine the value of your property other than "Land Vehicles" at Replacement Cost (without deduction for depreciation), subject to the following conditions:

(1) We will not pay on a Replacement Cost basis for any loss or damage:

(a) Until the lost or damaged property is actually repaired or replaced; and

(b) Unless the repairs or replacement are made within one year after the loss or damage.

If you fail to meet these conditions, we will determine the value of the property at actual cash value at the time of loss or damage.

(2) We will not pay more for loss or damage on a Replacement Cost basis than the least of the following:

(a) The Limit of Insurance applicable to the lost or damaged property;

(b) The cost to replace the lost or damaged property with other property:

(i) Of comparable material and quality; and

(ii) Used for the same purpose; or

        (c) The amount actually spent that is necessary to repair or replace the lost or damaged property.

c. We will determine the value of property other than "Land Vehicles" that is owned by others at actual cash value or in accordance with contractual conditions or as you are obligated to pay by common law.

## VI. ADDITIONAL DEFINITION

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

"Land Vehicle" means a motorcycle, motor vehicle or any other self-propelled land conveyance.

However, "Land Vehicle" does not include "Mobile Equipment".

# SECTION III. COVERAGE A. NEGATIVE FILM

## I.  COVERAGE

We will pay the actual and necessary loss you sustain due to the direct physical loss of or damage to Covered Property from a Covered Cause of Loss during the Term of Coverage.

a.  Covered Property, as used in this Coverage, means:

  (1)  Your:

   (a)  Raw film stock;

   (b)  Videotape or digital media stock.

   (c)  Exposed motion picture film and its sound track or sound record;

   (d)  Properly recorded magnetic video tape or digital media and its sound track or other recording. They are considered to be properly recorded if they have been replayed, checked and found to be of satisfactory quality after recording.

   (e)  Interpositives and positive prints of films;

   (f)  Work prints, cutting copies, and fine grain prints;

   (g)  Transparencies, cels, art work used to create animation images, and software and related material used to generate computer images in connection therewith; and

  (2)  Similar property of others in your care, custody or control and for which you are legally liable;

  that are used or intended to be used in an "Insured Production".

b.  Property Not Covered

  Covered Property does not include:

  (1)  Cut-outs;

  (2)  Unused footage; or

  (3)  Library stock.

c.  Covered Causes of Loss

  Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

d.  Term of Coverage

  Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in Item2. of the Declarations, and continuing until the earliest of the following dates:

  (1)  The date of delivery required under the completion guarantee agreement with the distributor(s);

  (2)  The date your completion guarantor is released from further obligations to you;

  (3)  Eighteen (18) months after completion of "Principal Photography";

  (4)  The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

  (5)  The date your interest in the property ceases; or

  (6)  The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

  The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## II.  ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a.  The use of faulty materials or faulty equipment.

b.  The use of incorrect raw film stock, videotape or media/software.

c.  Developing, cutting or printing of film or other laboratory work.

d.  Exposure of negative film to light.

e.  Deterioration, atmospheric dampness or changes in temperature.

f.  Electric, magnetic or x-ray injury, disturbance or erasure of film, raw film stock, blank media, electronic recordings or video tape.

g.  Faulty manipulating or judgment of the camera operator, assistants or computer operators.

h.  Error(s) of judgment in exposure, lighting or sound recording.

i.  Errors in machine programming or instructions to the machine.

j.  Unexplained or mysterious disappearance or shortage found upon taking of inventory.

k.  Delay, loss of use, loss of market, interruption of business, or any other consequential loss due to loss of or damage to videotape stock, raw film stock or blank media.

## III.  LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Negative Film coverage.

## IV.  DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Negative Film Coverage. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

## V.  METHOD OF VALUATION

a.  The amount of your loss will be determined based on the following:

(1)  With respect to videotape stock, raw film stock and blank media, the actual cost to replace these items with property of like kind and quality.

(2)  With respect to other Covered Property, all necessary "Insurable Production Cost" you incur to "Restore" the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if no physical loss or damage had occurred.

(3)  All other necessary expenses that reduce the amount of loss otherwise payable.

b.  Your loss will not include loss of earnings or profit;

But we will pay for "Insurable Production Cost" incurred:

(a)  As the direct result of unavoidable delay that is incurred during the period necessary to "Restore" the affected portions of the "Insured Production"; and

(b)  As the result of a covered "Stop Date Loss", as described in Part III.d. of the Policy Conditions.

c.  We will reduce the amount of your loss to the extent:

(1)  You can resume "Principal Photography" and discontinue incurring extra "Insurable Production Cost"; or

(2)  You do not "Restore" the affected portions of the "Insured Production" as quickly as practicable.

We will pay based on the length of time it would have taken to "Restore" the affected portions of the "Insured Production" as soon as practicable.

d.  If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing "Principal Photography", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

## VI.  ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Additional Duty In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

Unless you intend to abandon the "Insured Production", you must "Restore" the affected portions of the "Insured Production" as quickly as practicable.

## VII.  ADDITIONAL DEFINITION

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

"Restore" means to re-photograph, re-tape, recreate or reprogram in substantially the same manner the affected portions of the "Insured Production".

**VIII.WARRANTIES**

**Failure to fulfill these warranties will release us from all obligations under the policy to the extent that a loss is suffered or increased by that failure.**

You warrant that:

a.  Artwork, drawings, software and related material (hereinafter referred to as "Source Materials") used to generate computer images and animation cels will be retained until your legal liability is exhausted or a protection print has been completed or expiration of this coverage, whichever comes first;

b.  You will safeguard and maintain all "Source Materials" that have been photographed or used as intended in the production process. Damage to such "Source Materials" will not be considered a loss hereunder, except to the extent that other Covered Property is damaged and you have complied with the above;

c.  You will not accumulate for shipping undeveloped exposed negative for a period in excess of three (3) shooting days or five (5) consecutive days, whichever is less, unless agreed by us in writing. You will also process and view the shipped negative;

d.  You will cut a protection print or duplicate tape of the "Insured Production" as soon as possible and physically remove it from the premises where the original negative or tape is located to a another lab;

e.  You will ship the master and copy separately, prior to delivery to a Distributor or any release for exploitation or test screening of the "Insured Production".

# SECTION III. COVERAGE B. FAULTY STOCK

## I.   COVERAGE

We will pay the actual and necessary loss you sustain due to the direct physical loss of or damage to Covered Property from a Covered Cause of Loss during the Term of Coverage.

a.   Covered Property, as used in this Coverage, means:

(1)   Your:

(a)   Raw film stock;

(b)   Videotape or digital media stock.

(c)   Exposed motion picture film and its sound track or sound record;

(d)   Properly recorded magnetic video tape or digital media and its sound track or other recording. They are considered to be properly recorded if they have been replayed, checked and found to be of satisfactory quality after recording.

(e)   Interpositives and positive prints of films;

(f)   Work prints, cutting copies, and fine grain prints;

(g)   Transparencies, cels, art work used to create animation images, and software and related material used to generate computer images in connection therewith; and

(2)   Similar property of others in your care, custody or control and for which you are legally liable;

that are used or intended to be used in an "Insured Production".

b.   Property Not Covered

Covered Property does not include:

(1)   Cut-outs;

(2)   Unused footage; or

(3)   Library stock.

c.   Covered Causes of Loss

Covered Causes of Loss means:

(1)   Faulty materials;

(2)   Faulty equipment;

(3)   Faulty editing;

(4)   Faulty developing;

(5)   Faulty processing; and

(6)   Accidental electric, magnetic, or x-ray injury, disturbance or erasure of film, raw film stock, blank media, electronic recordings or video tape.

d.   Term of Coverage

Term of Coverage, as used in this Coverage, means the period beginning with the effective date shown in Item2. of the Declarations, and continuing until the earliest of the following dates:

(1)   The date of delivery required under the completion guarantee agreement with the distributor(s);

(2)   The date your completion guarantor is released from further obligations to you;

(3)   Eighteen (18) months after completion of "Principal Photography";

(4)   The date on which a protection print or duplicate tape has been completed and physically removed from the premises where the original negative or tape is located;

(5)   The date your interest in the property ceases; or

(6)   The date on which cancellation or termination of coverage under this policy for the "Insured Production" becomes effective.

The expiration date of this policy will be extended, if necessary, until the earliest of these dates. We may charge additional premium for this extension.

## II.   ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss or damage caused by or resulting from any of the following:

a.   Faulty manipulating or judgment of the camera operator, assistants or computer operators.

b.   Error(s) of judgment in exposure, lighting or sound recording.

c.   Use of incorrect raw film stock, videotape or media/software.

d. Errors in machine programming or instructions to the machine.

e. Use of film, videotape, cameras, lenses or photographic tape or sound equipment that has not been fully tested by you or on your behalf, and found to be in sound operating condition prior to the commencement of the filming of an "Insured Production" or series of productions.

## III. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Faulty Stock coverage.

## IV. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss or damage before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Faulty Stock Coverage. We will then pay the amount of the adjusted loss or damage in excess of the deductible, up to the applicable limit of insurance.

## V. METHOD OF VALUATION

a. The amount of your loss will be determined based on:

(1) All necessary "Insurable Production Cost" you incur to "Restore" the "Insured Production" that exceeds the amount of "Insurable Production Cost" you would have incurred if no physical loss or damage had occurred; and

(2) All other necessary expenses that reduce the amount of loss otherwise payable.

b. Your loss will not include:

(1) loss of earnings or profit;

But we will pay for "Insurable Production Cost" incurred:

(a) As the direct result of unavoidable delay that is incurred during the period necessary to "Restore" the affected portions of the "Insured Production"; and

(b) As the result of a covered "Stop Date Loss", as described in Part III.d. of the Policy Conditions.

c. We will reduce the amount of your loss to the extent:

(1) You can resume "Principal Photography" and discontinue incurring extra "Insurable Production Cost"; or

(2) You do not "Restore" the affected portions of the "Insured Production" as quickly as practicable.

We will pay based on the length of time it would have taken to "Restore" the affected portions of the "Insured Production" as soon as practicable.

d. If you abandon an "Insured Production" that has been made substantially valueless solely because one or more covered causes of loss reasonably, practically and necessarily prevents you from completing "Principal Photography", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Insurable Production Cost" you have incurred for the "Insured Production".

## VI. ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Additional Duty In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

Unless you intend to abandon the "Insured Production", you must "Restore" the affected portions of the "Insured Production" as quickly as practicable.

## VII. ADDITIONAL DEFINITION

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

"Restore" means to re-photograph, re-tape, recreate or reprogram in substantially the same manner the affected portions of the "Insured Production".

## VIII. WARRANTIES

**Failure to fulfill these warranties will release us from all obligations under the policy to the extent that a loss is suffered or increased by that failure.**

You warrant that:

a. Artwork, drawings, software and related material (hereinafter referred to as "Source Materials") used to generate computer images and animation cels will be retained until your legal liability is exhausted or a protection print has been completed or expiration of this coverage, whichever comes first;

b. You will safeguard and maintain all "Source Materials" that have been photographed or used as intended in the production process. Damage to such "Source Materials" will not be considered a loss hereunder, except to the extent that other Covered Property is damaged and you have complied with the above;

c. You will not accumulate for shipping undeveloped exposed negative for a period in excess of three (3) shooting days or five (5) consecutive days, whichever is less, unless agreed by us in writing. You will also process and view the shipped negative;

d. You will cut a protection print or duplicate tape of the "Insured Production" as soon as possible and physically remove it from the premises where the original negative or tape is located to a another lab;

e. You will ship the master and copy separately, prior to delivery to a Distributor or any release for exploitation or test screening of the "Insured Production".

f. You will not accumulate more than three shooting days of digital images without viewing all the footage on a high definition viewing device.

POLICY NUMBER:                                                      **MPTV PRODUCERS PORTFOLIO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RATING SCHEDULE

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO**
     **ALL COVERAGES**

1. **Motion Picture, Television Movies**
   a. The Earned Premium is subject to an audit of the "Insurable Production Cost", upon our request, as described in Policy Condition III. c. - Premium.
   b. We will compute the Earned Premium by applying the rates set forth in the Rating Schedule below to the final "Insurable Production Cost" incurred up to the completion of "Principal Photography", subject to any applicable minimum premiums.
   c. Rating Schedule
      (1) Rate per ▮▮▮ of "Insurable Production Cost":
          Estimated "Insurable Production Cost":
          This rate is based on:
          (a)  weeks of "Principal Photography"; and
          (b)  Cast Members.
               (Each additional cast member will increase the rate by .)
      (2) Rate per day or partial day of Pre-Production period coverage:
          Included number of days of Pre-Production period:
   d. In the event that "Principal Photography" extends beyond the number of weeks set forth in the Rating Schedule, the extension will be subject to an additional premium charge, computed as follows:
      (1) The Earned Premium, as calculated in Paragraph b. above, will be divided by the original estimated number of days of "Principal Photography" to determine the Daily Earned Premium.
      (2) The Daily Earned Premium will be multiplied by % to determine the Rating Factor.
      (3) The Rating Factor will be multiplied by the additional number of days of "Principal Photography" in the extension to determine the additional premium due.

2. **Television Pilots, Series, Specials**
   a. Paragraph (4) of Policy Condition III.c. Premium is replaced in part by the following with respect to television episodic series, specials or pilots:
      (4) The premium shown in this policy is a deposit premium only unless specifically stated otherwise. At the end of "Principal Photography" we will compute the earned premium by applying the rates set forth in the rating schedule(s) to the number of television episodic series, pilots or specials in the "Insured Production", subject to any applicable minimum premiums.
      The remainder of Paragraph (4) remains unchanged.

b.                                                              Rating Schedule for television episodic series, pilots or specials in the "Insured Production":

**Thirty (30) Minute Episodic Series**                    **Sixty (60) Minute Episodic Series**

Number Declared: 10                                        Number Declared: 0

Rate Per Episode: ███                                      Rate Per Episode:

**Television Pilots or Specials (Not to exceed one hour)**   **Television Pilots or Specials (Over one hour)**

Number Declared: 0                                         Number Declared:

Rate Per Pilot or Episode:                                 Rate Per Pilot or Episode:

**Pre-Production Coverage**

Included number of days of pre-production: 60

Rate per day or part thereof of pre-production coverage: N/A

**Deposit Premium** (Based on the rates above):            ███

      Subject to a Minimum Premium of $2,500

Additional Premium (Not Subject to Audit):                 ███

State Assessment Charges:                                  $0

**Total Policy Premium**                                   ███

# CIVIL AUTHORITY COVERAGE (BROAD FORM)

## I. COVERAGE

a. We will pay the actual and necessary loss you sustain as Extra Expense due to the interruption, postponement or cancellation of an "Insured Production". But:

(1) The interruption, postponement or cancellation must be directly caused by action of Civil Authority during the "Term of Coverage";

(2) The action of Civil Authority must prohibit access to facilities or result from the withdrawal of the permit allowing you to use facilities being used or to be used in connection with the "Insured Production"; and

(4) Civil Authority Coverage applies only to the interruption, postponement or cancellation of the "Insured Production" being filmed or taped in USA and Canada.

This Coverage will apply for a period of up to 3 Days consecutive days from the date of the action of Civil Authority. The expiration date of this policy will not cut short this period.

b. Extra Expense, as used in this Coverage, means the following expenses you incur that you would not have incurred had there been no interruption, postponement or cancellation of the "Insured Production":

(1) Necessary additional "Costs" incurred to avoid or minimize the interruption, postponement or cancellation of the "Insured Production"; and

(2) Necessary expenses incurred to the extent they reduce the amount of loss that otherwise would be payable under this Coverage.

Extra Expense does not include:

(1) Loss of earnings or profit;

(2) Expense to repair or replace property, including animals; or

(3) Expense payable under any other Coverage of this policy.

## II. ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy.

We will not pay for Extra Expense loss caused by or resulting from any of the following:

a. Failure or inability to secure any required license, permit or authorization;

b. Suspension, lapse or cancellation of any license, permit, authorization, lease or contract;

c. Actions by any person or organization other than the authorized Civil Authority;

d. Your failure or inability to comply with any requirement or follow any procedure necessary for the issuance of any permit or authorization;

e. Any violation of the terms or conditions of a permit or authorization; or

f. Refusal or revocation of any permit or authorization due to a violation of any existing civil or criminal codes.

## III. LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Civil Authority coverage.

## IV. DEDUCTIBLE

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Civil Authority Coverage. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

## V. METHOD OF VALUATION

a. The amount of your loss will be determined based on:

(1) All "Costs" that exceeds the amount of "Costs" you would have incurred if there had been no interruption, postponement or cancellation of the "Insured Production"; and

(2)  All other necessary expenses that reduce the amount of loss otherwise payable.

b.  We will reduce the amount of your loss to the extent you can resume the "Insured Production" and discontinue Extra Expense or do not resume the "Insured Production" as quickly as possible.

We will pay based on the length of time it would have taken to resume the "Insured Production" as soon as possible.

c.  The following provision applies only when this Coverage is part of the MPTV Producers Portfolio or the DICE Producers Portfolio:

If you abandon an "Insured Production" that has been made substantially valueless solely because the interruption, postponement or cancellation reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Costs" you have incurred for the "Insured Production".

## VI.  ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Additional Duty In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

Unless you intend to abandon the "Insured Production", you must resume the "Insured Production" as quickly as possible.

## VII.  ADDITIONAL DEFINITIONS

For the purposes of this Coverage, the following definitions apply in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

a.  "Costs":

(1)  When this Coverage is part of the MPTV Producers Portfolio, "Costs" means "Insurable Production Cost".

(2)  When this Coverage is part of the DICE Producers Portfolio, "Costs" means "Gross Production Costs".

(3)  When this Coverage is part of the Theatrical Productions Portfolio, "Costs" means expenses other than the following:

(a)  Bad debts or collection expenses;

(b)  Royalties, residuals, premiums paid for this insurance, interest on loans, personal or real property taxes;

(c)  Story, scenario, music rights, sound rights; and

(d)  Administrative costs not directly related to an "Insured Production".

b.  "Term of Coverage":

(1)  When this Coverage is part of the MPTV Producers Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or completion of "Principal Photography", whichever occurs first.

(2)  When this Coverage is part of the DICE Producers Portfolio, "Term of Coverage" means the policy period.

(3)  When this Coverage is part of the Theatrical Productions Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or the date the "Insured Production" is completed, whichever occurs first.

PRODUCERS PORTFOLIO
PORT 204 (01-05)

# STRIKE COVERAGE

## I.  COVERAGE

a.  We will pay the actual and necessary loss you sustain as Extra Expense due to the interruption, postponement or cancellation of an "Insured Production". The interruption, postponement or cancellation must be the direct result of interference by an officially sanctioned strike during the "Term of Coverage".

This Coverage will apply for a period of up to 3 Days week(s) from the date of the interruption, postponement or cancellation of the "Insured Production". The expiration date of this policy will not cut short this period.

b.  Extra Expense, as used in this Coverage, means the following expenses you incur that you would not have incurred had there been no interruption, postponement or cancellation of the "Insured Production":

(1)  Necessary additional "Costs" incurred to avoid or minimize the interruption, postponement or cancellation of the "Insured Production"; and

(2)  Necessary expenses incurred to the extent they reduce the amount of loss that otherwise would be payable under this Coverage.

Extra Expense does not include:

(1)  Loss of earnings or profit;

(2)  Expense to repair or replace property, including animals; or

(3)  Expense payable under any other Coverage of this policy.

c.  Any policy exclusions dealing with strike, loss of use, or interruption of business do not apply to the extent they might conflict with coverage provided under this endorsement.

## II.  ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy:

We will not pay for loss caused by or resulting from any of the following:

a.  A strike by any organization that provides products or services to the entertainment industry;

b.  The actions of any strikers or other persons who work in the entertainment industry;

c.  The actions of any strikers or other persons who are affiliated with any labor union with which you have a labor agreement;

d.  Any strike that begins before the inception of this insurance; or

e.  Any strike that was scheduled or threatened before the inception of this insurance, regardless of when the strike actually occurs.

## III.  LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Strike coverage.

## IV.  DEDUCTIBLE

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Strike Coverage. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

## V.  METHOD OF VALUATION

a.  The amount of your loss will be determined based on:

(1)  All "Costs" that exceeds the amount of "Costs" you would have incurred if there had been no interruption, postponement or cancellation of the "Insured Production"; and

(2)  All other necessary expenses that reduce the amount of loss otherwise payable.

   b.  We will reduce the amount of your loss to the extent you can resume the "Insured Production" and discontinue Extra Expense or do not resume the "Insured Production" as quickly as possible.

       We will pay based on the length of time it would have taken to resume the "Insured Production" as soon as possible.

   c.  The following provision applies only when this Coverage is part of the MPTV Producers Portfolio or the DICE Producers Portfolio:

       If you abandon an "Insured Production" that has been made substantially valueless solely because the interruption, postponement or cancellation reasonably, practically and necessarily prevents you from completing the "Insured Production", irrespective of any completion or delivery date requirements for the "Insured Production", we will pay as loss the total "Costs" you have incurred for the "Insured Production".

## VI. ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Additional Duty In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

       Unless you intend to abandon the "Insured Production", you must resume the "Insured Production" as quickly as possible.

## VII. ADDITIONAL DEFINITIONS

For the purposes of this Coverage, the following definitions apply in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

   a.  "Costs":

     (1)  When this Coverage is part of the MPTV Producers Portfolio, "Costs" means "Insurable Production Cost".

     (2)  When this Coverage is part of the DICE Producers Portfolio, "Costs" means "Gross Production Costs".

     (3)  When this Coverage is part of the Theatrical Productions Portfolio, "Costs" means expenses other than the following:

       (a)  Bad debts or collection expenses;

       (b)  Royalties, residuals, premiums paid for this insurance, interest on loans, personal or real property taxes;

       (c)  Story, scenario, music rights, sound rights; and

       (d)  Administrative costs not directly related to an "Insured Production".

   b.  "Term of Coverage":

     (1)  When this Coverage is part of the MPTV Producers Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or completion of "Principal Photography", whichever occurs first.

     (2)  When this Coverage is part of the DICE Producers Portfolio, "Term of Coverage" means the policy period.

     (3)  When this Coverage is part of the Theatrical Productions Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or the date the "Insured Production" is completed, whichever occurs first.

POLICY NUMBER:                                                          **PRODUCERS PORTFOLIO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ANIMAL COVERAGE (PROPS, SETS & WARDROBE)

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION II. COVERAGE A. PROPS, SETS & WARDROBE
DICE PRODUCERS PORTFOLIO, COVERAGE A. PROPS, SETS & WARDROBE**

1. The following **Coverage Extensions** are added to Part I. Coverage:

   a. **Animal Health Coverage**

   We will pay the actual and necessary loss you sustain by reason of a Covered Cause of Loss to a Covered Animal during the "Term of Coverage".

   b. **Animal Repatriation, Rendering or Disposal Coverage**

   We will pay the actual and necessary loss you sustain by reason of the necessary repatriation, rendering or disposal of a Covered Animal by reason of a Covered Cause of Loss during the "Term of Coverage". Any repatriation must have our prior written authorization.

   c. **Animal Loss of Use Coverage**

   We will pay the actual and necessary loss you sustain by reason of a Covered Animal being prevented by a Covered Cause of Loss during the "Term of Coverage" from commencing, continuing or completing an assigned duty or role for a third party or parties.

   d. For the purposes of these Coverage Extensions:

   (1) **Covered Animal** means the animal(s) scheduled below that are used or intended to be used in an "Insured Production":

   (2) **Covered Causes of Loss** means accidental injury, Sickness or death to a Covered Animal after we accept a Certificate of Health signed by a duly licensed veterinarian. Until our acceptance, or in the absence of our acceptance, Covered Causes of Loss means only accidental injury or death resulting from accidental injury.
   Sickness means sickness, disease or illness resulting from any cause other than accidental injury.

2. **Additional Exclusions**

   We will not pay for loss caused by or resulting from any of the following:

   a. Use of the animal in any activity other than in connection with the filming or taping of an "Insured Production";

   b. Use of the animal in any stunt or hazardous activity;

   c. Any cosmetic alteration of the animal;

   d. Failure to establish your legal liability for and the actual cash value of a Covered Animal prior to using the animal;

   e. Willful misconduct or misuse of the animal;

   f. Confiscation or nationalization of the animal for any reason whatsoever;

   g. Quarantine, unless as a result of a Cause of Loss not otherwise excluded;

   h. Intentional slaughter of the animal, either voluntarily or by act of or at the direction of any local authority;

   i. Sickness of the animal prior to our acceptance of a Certificate of Health signed by a duly licensed veterinarian, regardless of any other cause or event that contributes concurrently or in any sequence to the loss; or

   j. Any reservation, exception or restriction we have imposed on a Covered Animal, as described in the Certificate of Health Additional Condition below, regardless of when the event causing loss occurs.

3. **Limits of Insurance**

a. **Each Occurrence**

The most we will pay for all loss to which these Coverage Extensions apply in any one occurrence is $100,000.

b. **Animal Health Coverage**

(1) **Injury or Sickness of a Covered Animal**

Subject to a. above, the most we will pay for necessary veterinary costs because of injury or sickness to a Covered Animal is 10% of the actual cash value of the animal, not to exceed $50,000.

(2) **Death of a Covered Animal**

Subject to a. above, the most we will pay for the death of any one Covered Animal is the actual cash value of the animal, not to exceed $50,000.

c. **Animal Repatriation, Rendering or Disposal Coverage**

Subject to a. above, the most we will pay for the cost of repatriation, rendering or disposal of a Covered Animal is 10% of the actual cash value of the animal, not to exceed $50,000.

d. **Animal Loss of Use Coverage**

Subject to a. above, the most we will pay for loss sustained by reason of a Covered Animal being prevented from commencing, continuing or completing an assigned duty or role for a third party or parties is the actual cash value of the animal, not to exceed $50,000.

The limits applicable to these Coverage Extensions are in addition to the policy Limits of Insurance.

4. **Deductible**

Subject to the deductible amount shown in the Declarations or otherwise applicable with respect to each occurrence, we will not pay for loss caused by or resulting from a Covered Cause of Loss to a Covered Animal until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the applicable deductible amount shown below. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

| Coverage Extension | Deductible Amount |
|---|---|
| a. **Animal Health Coverage** | |
| (1) **Injury or Sickness of a Covered Animal:** | $2,500 each animal. |
| (2) **Death of a Covered Animal:** | $2,500 each animal. |
| b. **Animal Repatriation, Rendering or Disposal Coverage:** | $2,500 each animal |
| c. **Animal Loss of Use Coverage:** | $2,500 each animal |

5. **Method of Valuation**

a. We will determine the amount of your loss as follows:

(1) **Animal Health Coverage**

(a) **Injury or Sickness of a Covered Animal**

The amount of your loss for injury or sickness to a Covered Animal will be the actual and necessary veterinary bills you incur.

(b) **Death of a Covered Animal**

The value of a Covered Animal in the event of death will be the actual cash value of the animal, as determined prior your using the animal.

(2) **Animal Repatriation, Rendering or Disposal Coverage**

The amount of your loss for repatriation, rendering or disposal of a Covered Animal will be the actual and necessary expenses you incur.

(3) **Animal Loss of Use Coverage**

The amount of your loss by reason of a Covered Animal being prevented from commencing, continuing or completing an assigned duty or role for a third party or parties will the amount you charged the third party or parties for use of the animal, less any amount included for profit.

b. We will reduce the amount of your loss by any payments you receive from other insurance or any other source.

6. **Additional Conditions**

a. **Additional Duties In The Event of Loss**

(1) You must report immediately to us or our authorized representative any fact or circumstance which may prevent a Covered Animal from commencing, continuing or completing an assigned duty or role in an "Insured Production" and which may result in a claim under these Coverage Extensions.

(2) You must immediately secure and file with us or our authorized representative the certification of a duly licensed veterinarian. The certification must include a complete description of the injury, sickness or death and the prognosis.

(3) You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the Covered Animal, to:

(a) Have any Covered Animal examined by a veterinarian of our choice; and

(b) Have continuing access to the medical records of any Covered Animal.

**WARRANTY**

It is warranted that your failure to comply with any of these conditions will prejudice us and will release us from any claim that involves such failure.

b. **Legal Liability and Valuation**

You agree to determine:

(1) The extent of your legal liability, and

(2) The actual cash value of each Covered Animal

prior to your first use of the Covered Animal.

The valuation must be in writing from an animal professional.

c. **Certificate of Health**

(1) You will submit to us for each Covered Animal a signed Certificate of Health completed by a duly licensed veterinarian. The Certificate of Health must disclose:

(a) Any medical condition that has been treated; or

(b) Any medication that has been prescribed;

within one year prior to the date the Certificate of Health is completed.

(2) The Covered Animal will be covered for Sickness on the date we approve the Certificate of Health. Until that time, the Covered Animal is covered only for the Causes of Loss of accidental injury or death resulting from accidental injury.

Based on the medical information submitted to us, we have the right to make any reservation, exception or restriction regarding the insurability of the Covered Animal within a reasonable period of time. We will not pay for loss caused by or resulting from any such reservation, exception or restriction.

7. **Additional Definition**

"Term of Coverage":

a. When this Coverage is part of the MPTV Producers Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or completion of "Principal Photography", whichever occurs first.

b. When this Coverage is part of the DICE Producers Portfolio, "Term of Coverage" means the policy period.

POLICY NUMBER:                                                          **PRODUCERS PORTFOLIO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ANIMAL COVERAGE (EXTRA EXPENSE)

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION I. CAST COVERAGE**
**MPTV PRODUCERS PORTFOLIO, SECTION II. COVERAGE B. EXTRA EXPENSE**
**DICE PRODUCERS PORTFOLIO, COVERAGE G. PERFORMERS/CAST COVERAGE**
**DICE PRODUCERS PORTFOLIO, COVERAGE B. EXTRA EXPENSE**
**THEATRICAL PRODUCTIONS PORTFOLIO, COVERAGE F. PERFORMERS/CAST COVERAGE**
**THEATRICAL PRODUCTIONS PORTFOLIO, COVERAGE D. EXTRA EXPENSE**

1. The following **Coverage Extensions** are added to Part I. Coverage:

   a. **Animal Cast Coverage**

      **This Coverage Extension applies only when Cast or Performers/Cast Coverage is part of the policy.**

      We will pay the actual and necessary loss you sustain by reason of a Covered Animal being prevented from commencing, continuing or completing an assigned duty or role in an "Insured Production". The loss must be caused by or result from a Covered Cause of Loss during the "Term of Coverage".

   b. **Animal Extra Expense Coverage**

      **This Coverage Extension applies only when Extra Expense Coverage is part of the policy.**

      We will pay the actual and necessary loss you sustain as Extra Expense during the "Period of Restoration" due to the interruption, postponement or cancellation of an "Insured Production". The interruption, postponement or cancellation must be the direct result of a Covered Cause of Loss to a Covered Animal during the "Term of Coverage".

      Extra Expense, as used in this Coverage Extension, means the following expenses you incur that you would not have incurred had there been no interruption, postponement or cancellation of the "Insured Production":

      (1) Necessary additional "Costs" incurred to avoid or minimize the interruption, postponement or cancellation of the "Insured Production"; and

      (2) Necessary expenses incurred to the extent they reduce the amount of loss that otherwise would be payable under this Coverage.

      Extra Expense does not include:

      (1) Loss of earnings or profit;

      (2) Expense to repair or replace property, other than Covered Animals;

      (3) Expense payable under any other Coverage of this policy.

   c. **Covered Animals**

      For the purposes of these Coverage Extensions, **Covered Animal** means the animal(s) scheduled below that are used or intended to be used in an "Insured Production":

d. **Covered Causes of Loss**

For the purposes of these Coverage Extensions, Covered Causes of Loss means accidental injury, Sickness or death to a Covered Animal after we accept a Certificate of Health signed by a duly licensed veterinarian. Until our acceptance, or in the absence of our acceptance, Covered Causes of Loss means only accidental injury or death resulting from accidental injury, unless the Certificate of Health requirement is indicated as waived below.

Sickness means sickness, disease or illness resulting from any cause other than accidental injury.

Certificate of Health Requirement is Waived: ☐

2. **Additional Exclusions**

We will not pay for loss caused by or resulting from any of the following:

a. Use of the animal in any activity other than in connection with the filming or taping of an "Insured Production";

b. Use of the animal in any stunt or hazardous activity;

c. Any cosmetic alteration of the animal;

d. Willful misconduct or misuse of the animal;

e. Confiscation or nationalization of the animal for any reason whatsoever;

f. Quarantine, unless as a result of a Cause of Loss not otherwise excluded;

g. Intentional slaughter of the animal, either voluntarily or by act of or at the direction of any local authority;

h. Sickness of the animal prior to our acceptance of a Certificate of Health signed by a duly licensed veterinarian, regardless of any other cause or event that contributes concurrently or in any sequence to the loss; or

i. Any reservation, exception or restriction we have imposed on a Covered Animal, as described in the Certificate of Health Condition below, regardless of when the event causing loss occurs.

3. **Limits of Insurance**

The most we will pay for all loss to which these Coverage Extensions apply in any one occurrence is $100,000.

The limit applicable to these Coverage Extensions is in addition to the policy Limits of Insurance.

4. **Deductible**

The Deductible provisions described in the applicable Coverage form apply to this Coverage Extension.

5. **Method of Valuation**

a. **Animal Cast Coverage**

The Method of Valuation described in the applicable Cast Coverage form applies to this Coverage Extension.

b. **Animal Extra Expense Coverage**

For the purposes of this Coverage Extension, paragraphs V.a. and V.b. are replaced by the following:

a. The amount of your loss will be determined based on:

(1) All "Costs" that exceeds the amount of "Costs" you would have incurred if there had been no interruption, postponement or cancellation of the "Insured Production"; and

(2) All other necessary expenses that reduce the amount of loss otherwise payable.

b. We will reduce the amount of your loss to the extent you can resume the "Insured Production" and discontinue Extra Expense or do not resume the "Insured Production" as quickly as possible.

We will pay based on the length of time it would have taken to resume the "Insured Production" as soon as possible.

6. **Additional Conditions**

a. **Additional Duties In The Event of Loss**

(1) You must report immediately to us or our authorized representative any fact or circumstance which may prevent a Covered Animal from commencing, continuing or completing an assigned duty or role in an "Insured Production" and which may result in a claim under these Coverage Extensions.

(2) You must immediately secure and file with us or our authorized representative the certification of a duly licensed veterinarian. The certification must include a complete description of the injury, sickness or death and the prognosis.

(3) You must make every effort to preserve our rights, including enforcing any contractual conditions or terms applicable to the Covered Animal, to:

(a) Have any Covered Animal examined by a veterinarian of our choice; and

(b) Have continuing access to the medical records of any Covered Animal.

(4) You must exercise due diligence and dispatch to secure a substitute animal, when and where available, following a Covered Cause of Loss to a Covered Animal.

**WARRANTY**

It is warranted that your failure to comply with any of these conditions will prejudice us and will release us from any claim that involves such failure.

b. **Certificate of Health**

(1) You will submit to us for each Covered Animal a signed Certificate of Health completed by a duly licensed veterinarian. The Certificate of Health must disclose:

(a) Any medical condition that has been treated; or

(b) Any medication that has been prescribed;

within one year prior to the date the Certificate of Health is completed.

(2) The Covered Animal will be covered for Sickness on the date we approve the Certificate of Health. Until that time, the Covered Animal is covered only for the Causes of Loss of accidental injury or death resulting from accidental injury, unless the Certificate of Health requirement is indicated as waived in paragraph 1.d. above.

Based on the medical information submitted to us, we have the right to make any reservation, exception or restriction regarding the insurability of the Covered Animal within a reasonable period of time.  We will not pay for loss caused by or resulting from any such reservation, exception or restriction.

7. **Amended Definition**

For the purposes of the Animal Extra Expense Coverage Extension, the definition of "Period of Restoration" is replaced by the following:

"Period of Restoration" means the period of time that:

a. Begins with the date the interruption, postponement or cancellation of the "Insured Production" commences; and

b. Ends on the earliest of the following:

(1) The date when the "Insured Production" is resumed or should be resumed with reasonable speed;

(2) 2 Weeks weeks after the date the Period of Restoration begins; or

(3) The date the "Insured Production" is cancelled or abandoned.

Paragraph b.(2) applies only when a number is entered.

The expiration date of this policy will not cut short the "Period of Restoration".

8. **Additional Definitions**

a. For the purposes of the Animal Extra Expense Coverage Extension, "Costs" means the following:

(1) When this Coverage is part of the MPTV Producers Portfolio, "Costs" means "Insurable Production Cost".

(2) When this Coverage is part of the DICE Producers Portfolio, "Costs" means "Gross Production Costs".

(3) When this Coverage is part of the Theatrical Productions Portfolio, "Costs" means expenses other than the following:

(a) Bad debts or collection expenses;

(b) Royalties, residuals, premiums paid for this insurance, interest on loans, personal or real property taxes;

(c) Story, scenario, music rights, sound rights; and

      (d)  Administrative costs not directly related to an "Insured Production".

b.    "Term of Coverage":

    (1)  When this Coverage is part of the MPTV Producers Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or completion of "Principal Photography", whichever occurs first.

    (2)  When this Coverage is part of the DICE Producers Portfolio, "Term of Coverage" means the policy period.

    (3)  When this Coverage is part of the Theatrical Productions Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or the date the "Insured Production" is completed, whichever occurs first.

POLICY NUMBER:                                                        **PRODUCERS PORTFOLIO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FAMILY COVERAGE EXTENSION

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION I. CAST COVERAGE**
**DICE PRODUCERS PORTFOLIO, COVERAGE G. PERFORMERS/CAST COVERAGE**
**THEATRICAL PRODUCTIONS PORTFOLIO, COVERAGE F. PERFORMERS/CAST COVERAGE**

1. The following **Coverage Extension** is added to Part I. Coverage:

   **Family Injury or Death Coverage**

   We will pay the actual and necessary loss you sustain by reason of a Covered Person being prevented from commencing, continuing or completing an assigned duty or role in an "Insured Production". The loss must be caused by or result from a Covered Cause of Loss to an "Immediate Family Member" during the Term of Coverage or during the policy period, whichever is applicable to the Portfolio Coverage.

   a. This Coverage Extension will apply only for a period of <u>N/A</u> Coverage Days.

      When this Coverage is part of the MPTV Producers Portfolio or the DICE Producers Portfolio, Coverage Days means Shooting Days.

      When this Coverage is part of the Theatrical Productions Portfolio, Coverage Days means performance days of the "Insured Production".

   b. For the purposes of this Coverage Extension, Covered Causes of Loss means the option indicated by ☒ below:

      ☐ Death of an "Immediate Family Member".

      ☒ Death, Severe Injury, Catastrophic Injury or life threatening illness of an "Immediate Family Member".

         A Severe Injury is a life-threatening injury that requires the individual to be hospitalized.

         A Catastrophic Injury is the loss of at least one limb or eye.

         A Life Threatening Illness is an illness of such severity that it could result in death and that is first diagnosed after the Covered Person is accepted for coverage under this policy.

2. **LIMIT OF INSURANCE**

   The most we will pay for Family Injury or Death loss in any one occurrence is $ <u>500,000</u>.

   The limit applicable to this Coverage Extension is in addition to the policy Limits of Insurance.

3. **ADDITIONAL DEFINITION**

   For the purposes of this Coverage Extension, "Immediate Family Member" means the Covered Person's

   mother, father, sister, brother, spouse, child, grandparent, grandchild, stepparents, stepchildren, stepbrother, stepsister, mother-in-law, father-in-law, daughter-in-law, son-in-law, legal guardian  or significant other who reside together  with the Covered Person. "Immediate Family Member" does not include any person who is <u>n/A</u> years of age or older on the date Cast or Performers/Cast Coverage become effective for the Covered Person

POLICY NUMBER:                                            **PRODUCERS PORTFOLIO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT – "LAND VEHICLE" DEDUCTIBLE

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION II. COVERAGE D. MISCELLANEOUS EQUIPMENT**
**DICE PRODUCERS PORTFOLIO, COVERAGE D. MISCELLANEOUS EQUIPMENT**

Paragraph a. of Part IV. Deductible is replaced by the following:

a.   Calculation of the Deductible for "Land Vehicles"

In determining the amount, if any, that we will pay for "Land Vehicles" that have sustained loss or damage, the Deductible amount is 10% of the adjusted loss or damage for those "Land Vehicles".

However, the Deductible amount for each "Land Vehicle" that has sustained loss or damage will be not less than $2,500    and not more than $7,500   .

POLICY NUMBER:                                                   **PRODUCERS PORTFOLIO**

# OFFICE EQUIPMENT & FURNISHINGS COVERAGE

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION II. COVERAGE D. MISCELLANEOUS EQUIPMENT**
**DICE PRODUCERS PORTFOLIO, COVERAGE D. MISCELLANEOUS EQUIPMENT**
**THEATRICAL PRODUCTIONS PORTFOLIO, COVERAGE A. THEATRICAL PERSONAL PROPERTY**

1. The following **Coverage Extension** is added to Part I. Coverage:

   **Office Equipment & Furnishings Coverage**

   a. Paragraph a., Covered Property, is extended to include the following:

      (1) Your furniture and fixtures that are used in your business or for other purposes related to your business;

      (2) Furniture and fixtures of others in your care, custody or control and for which you are legally liable; and

      (3) Your use interest as tenant in Improvements and Betterments.

      Improvements and Betterments are fixtures, alterations, installations or additions:

      (a) Made a part of the building or structure you occupy but do not own; and

      (b) You acquired or made at your expense but cannot legally remove.

   b. Paragraph b., Property Not Covered, is amended to delete any references to "Furniture and fixtures" or "Building Improvements and Betterments" to the extent they might conflict with this Coverage Extension.

2. **Limit of Insurance**

   Solely with respect to loss or damage to the property described in paragraph 1.a. above, Part III. Limits of Insurance is replaced by the following:

   The most we will pay for loss or damage in any one occurrence is $ 250000 .

   The limit applicable to this Coverage Extension is in addition to the policy Limits of Insurance.

3. **Deductible**

   Solely with respect to loss or damage to the property described in paragraph 1.a. above, the Deductible Amount described below applies instead of the deductible amount shown in the Declarations or otherwise applicable to the property.

   We will not pay for loss or damage in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the Deductible Amount shown below. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

   Deductible Amount:  $ 2500     each occurrence

4. **Additional Condition**

   The following is added to the **Method of Valuation** Condition:

   We will determine the value of Tenant's Improvements and Betterments at:

   (1) Actual cash value of the lost or damaged property if you make repairs promptly.

   (2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      (a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      (b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

      If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

   (3) Nothing if others pay for repairs or replacement.

POLICY NUMBER:                                                    **PRODUCERS PORTFOLIO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# UTILITY FAILURE TO SUPPLY COVERAGE

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION II. COVERAGE B. EXTRA EXPENSE**
**DICE PRODUCERS PORTFOLIO, COVERAGE B. EXTRA EXPENSE**

1.  The following **Coverage Extension** is added to Part I. Coverage:

    **Utility Failure to Supply Coverage**

    a.  We will pay the actual and necessary loss you sustain as Extra Expense during the "Period of Restoration" due to the interruption, postponement or cancellation of an "Insured Production". But:

        (1)  The interruption, postponement or cancellation must be the direct result of a Failure of a Covered Utility at facilities occupied or scheduled to be occupied by signed agreement for the "Insured Production"; and

        (2)  The Failure of the utility must be the result of direct physical loss of or damage to Covered Property from a Covered Cause of Loss during the "Term of Coverage".

    b.  For the purposes of this Coverage Extension:

        (1)  Failure includes lack of sufficient capacity and reduction in supply.

        (2)  Covered Utility means the utility or utilities designated in the Schedule.

        (3)  Covered Property means property necessary to supply the facilities with the applicable utility.

        (4)  Extra Expense has the meaning described in the Extra Expense Coverage form, with the following additional exclusions:

             Extra Expense does not include:

             (a)  Expense to repair or replace property, including animals; or

             (b)  Expense payable under any other Coverage of this policy.

2.  **LIMITS OF INSURANCE**

    The most we will pay for loss to which this Coverage Extension applies in any one occurrence is the Limit of Insurance shown in the Schedule.

    The limit applicable to this Coverage Extension is in addition to the policy Limits of Insurance.

3.  **DEDUCTIBLE**

    For the purposes of this Coverage Extension, the Deductible described below applies instead of the Deductible described in Part IV. Deductible or otherwise applicable to the loss.

    We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the Deductible Amount shown in the Schedule. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

4.  **ADDITIONAL DEFINITION**

    "Term of Coverage":

    a.  If this Coverage is part of the MPTV Producers Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or completion of "Principal Photography", whichever occurs first.

    b.  If this Coverage is part of the DICE Producers Portfolio, "Term of Coverage" means the policy period.

**SCHEDULE**

1. Covered Utility(ies):      Coverage applies only to the utility(ies) indicated by ☒ below.

                            ☐ Electric Power Only

                            ☒ Electric Power, Water, Heat (including Steam)

                            If no entry appears, this Coverage Extension applies to Electric Power only.

2. Limit of Insurance:      $500,000   Any one occurrence

3. Deductible Amount:      $10,000   Any one occurrence

POLICY NUMBER:                                                          **PRODUCERS PORTFOLIO**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FURS, JEWELRY, ART & ANTIQUES
# AMENDED LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION II. COVERAGE A. PROPS, SETS & WARDROBE**
**DICE PRODUCERS PORTFOLIO, COVERAGE A. PROPS, SETS & WARDROBE**

Part III. Limits of Insurance is replaced by the following:

a.  The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Declarations for Props, Sets & Wardrobe coverage.

b.  Subject to a. above, $250,000  is the most we will pay for loss or damage to the following types of property:

(1)  Furs, fur garments and garments trimmed with fur;

(2)  Jewelry, costume jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals; and

(3)  Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

This limit applies to any one occurrence, regardless of the types or number of articles that are lost or damaged in that occurrence.

POLICY NUMBER:  MP01163-00                                          **PRODUCERS PORTFOLIO**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MONEY AND CURRENCY

### MONEY AND CURRENCY SCHEDULE

| MONEY AND CURRENCY LIMIT OF INSURANCE | | MONEY AND CURRENCY DEDUCTIBLE | |
|---|---|---|---|
| $ 100,000 | Money and Currency Each Loss | $ 1,500 | Money and Currency Each Loss |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**I.    INSURING AGREEMENT**

We will pay for loss of money and currency:

**a.**   In locked safes and vaults, but only if such safes and vaults are secured:

(1)  On your premises;

(2)  On any location used as a temporary office; or

(3)  In a hotel.

**b.**   While in the custody of your approved agents in the course of and while performing their duties as agents; or

**c.**   While on your business premises during the normal hours of business.

arising out of fire, "burglary" or "robbery".

**II.    LIMIT OF LIABILITY**

The most we will pay for loss is any one occurrence is the Money and Currency Each Loss Limit of Insurance shown in the Schedule above.

**III.    DEDUCTIBLE**

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limit of insurance exceeds the Money and Currency Deductible Amount shown in the Schedule above. We will then pay the amount of the adjusted loss in excess of the deductible, up to the Money and Currency Limit of Insurance.  In the event more than one Deductible Amount could apply to the same loss, only the highest deductible amount may be applied.

**IV.    WARRANTIES**

You warrant that your agents will make every effort to secure money and currency overnight in safes whenever available at locations other than your business premises.  Failure to fulfill this warranty shall relieve us from all obligations under this coverage to the extent that a loss is suffered or increased by that failure.

**V.    ADDITIONAL DEFINITIONS**

**a.**   "Burglary" means the unlawful taking of:

(1)  Property by a person unlawfully entering or leaving the premises, safe or locked property as evidenced by marks of forcible entry or exit; or

          Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017, OneBeacon Insurance Group LLC

(2)  A safe or vault from inside the premises.

**b.**  "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

(1)  Caused or threatened to cause that person bodily harm; or

(2)  Committed an obviously unlawful act witnessed by that person.

Contains copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright 2017, OneBeacon Insurance Group LLC

POLICY NUMBER:  MP01163-00                                          **PRODUCERS PORTFOLIO**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FAULTY STOC     UDGMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

> MPTV SECTION III. COVERAGE B. FAULTY STOCK
> DICE COVERAGE F. FAULTY STOCK

### FAULTY STOC     UDGMENT SCHEDULE

| FAULTY STOC   LIMIT OF INSURANCE | | FAULTY STOC   DEDUCTIBLE | |
|---|---|---|---|
| **$ 500,000** | Faulty Stock Judgment Each Loss | **$ 10,000** | Faulty Stock Judgment Each Loss |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**1.** The following are added to Paragraph c. Covered Causes of Loss of Section I. COVERAGE:

(7)  Faulty manipulating of judgment of the camera operator or assistants.

(  )  Any error of judgment in exposure, lighting or sound recording.

(  )  Use of incorrect raw film stock, videotape or media software.

(10) Any error in machine programming or instructions to the machine.

**2.** Paragraphs a., b., c., and d. are deleted from Section II. ADDITIONAL EXCLUSIONS.

.   The following is added to Section III. LIMITS OF INSURANCE:
But the most we will pay for loss resulting from Covered Causes of Loss (7), (  ), (  ) and (10) is the amount shown in the Faulty Stock Judgment Schedule above.

.   The following is added to Section IV. DEDUCTIBLE:
The Deductible for loss resulting from Covered Causes of Loss (7), (  ), (  ) and (10) is the amount shown in the Faulty Stock Judgment Schedule above.

PRODUCERS PORTFOLIO
PORT 203 (01-05)

# RESUMPTION OF OPERATIONS

## I. COVERAGE

a. We will pay the actual and necessary "Extra Expense" you sustain to:

(1) Avoid or minimize the "Suspension" of business and to continue "Operations", including relocation expenses and costs to equip and operate any replacement location or temporary location; or

(2) Minimize the "Suspension" of business if you cannot continue "Operations".

The "Suspension" must be the direct result of direct physical loss of or damage to Covered Property from a Covered Cause of Loss during the "Term of Coverage".

b. We will also pay "Extra Expense" to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage.

c. Covered Property, as used in this Coverage, means property, including facilities, used or intended to be used in connection with your "Operations" or for other purposes specified in an endorsement to this policy.

d. Property Not Covered

Covered Property does not include:

a. Property used or intended to be used in an "Insured Production"; or

b. Negative film, video tape, tapes, cels, transparencies, positives, sound tracks, art work, software, programs or any other form of media;

unless specifically added to this policy by endorsement

e. Covered Causes of Loss

Covered Causes of Loss means risks of direct physical loss or damage to Covered Property except those causes of loss listed in the Exclusions.

## II. ADDITIONAL EXCLUSIONS

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions - Exclusions Applicable To All Coverages of This Policy:

a. We will not pay for loss or damage caused directly or indirectly by any of the following.

Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

(1) Earth Movement.

But if Earth Movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

For the purposes of this exclusion, Earth Movement means:

(a) Earthquake, including any earth sinking, rising or shifting related to such event;

(b) Landslide, including any earth sinking, rising or shifting related to such event;

(c) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(d) Earth sinking (other than sinkhole collapse), rising or shifting including Soil Conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil Conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

(2) Volcanic eruption, explosion or effusion.

But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

For the purposes of this exclusion, Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

(3) (a) "Flood";

    (b) Mudslide or mudflow;

    (c) Water that backs up or overflows from a sewer, drain or sump; or

    (d) Water under the ground surface pressing on, or flowing or seeping through:

        (i) Foundations, walls, floors or paved surfaces;

        (ii) Basements, whether paved or not; or

        (iii) Doors, windows or other openings.

But if the water, mudslide or mudflow, as described in (3)(a) through (3)(d) above results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

Exclusions a.(1) through a.(3) apply whether or not the loss event results in widespread damage or affects a substantial area.

When designated by ☒ below, exclusions a.(1) through a.(3) apply only to loss or damage to real property.

☐ Exclusions a.(1) through a.(3) apply only to loss or damage to Real Property.

The absence of an entry indicates that the exclusions apply to all property.

b. We will not pay for:

(1) Any increase in loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming "Operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons.

(2) Any loss caused directly or indirectly by the failure of power or other utility service supplied to a covered building, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, unless specifically added by an endorsement to this policy.

(4) Any "Extra Expense" caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "Period of Restoration".

(5) Any loss that is directly or indirectly related to any filming activity or event organization, unless specifically added by an endorsement to this policy.

d. We will not pay for loss or damage caused by or resulting from any of the following:

(1) Wear and tear; any quality in the property that causes it to damage or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown or electrical breakdown; insects; vermin or rodents; corrosion, rust, dampness, cold or heat.

(2) Processing or work upon the property.

But if processing or work upon the property results in fire or explosion, this exclusion does not apply to direct loss or damage caused by that fire or explosion, if the fire or explosion would be covered under this Coverage.

(3) Unexplained or mysterious disappearance or shortage found upon taking of inventory.

(4) Rain, ice, sleet, snow or hail, whether driven by wind or not, to property stored in the open.

This exclusion does not apply to property that was built or designed to be stored in the open.

(5) Intentional acts committed by you or at your direction.

(6) Delay, loss of use (including loss of use of animals), loss of market, interruption of business, or any other consequential loss.

(7) Destruction or corruption of "Electronic Data or any loss or damage to "Electronic Data".

(8) Your need to meet an air date, performance date, delivery date or any contractual time limits.

e.   When this Coverage Form is part of the Theatrical Productions Portfolio, we will not pay for any increase in loss caused by or resulting from the enforcement of any ordinance or law regulating the construction, use or repair of any property.

This exclusion applies even if the property has not been damaged.

## III.  LIMITS OF INSURANCE

The most we will pay for loss in any one occurrence is the Limit of Insurance shown in the Declarations for Resumption of Operations coverage.

## IV.  DEDUCTIBLE

We will not pay for loss in any one occurrence until the amount of the adjusted loss before applying the applicable limits of insurance exceeds the deductible amount shown in the Declarations for Resumption of Operations Coverage. We will then pay the amount of the adjusted loss in excess of the deductible, up to the applicable limit of insurance.

## V.  METHOD OF VALUATION

a.   The amount of "Extra Expense" will be determined based on:

(1)   All expenses that exceed the normal operating expenses that would have been incurred by "Operations" during the "Period of Restoration" if no direct physical loss or damage had occurred to Covered Property; and

(2)   Necessary expenses that reduce the "Extra Expense" otherwise incurred.

b.   We will deduct from the total of such expenses:

(1)   The salvage value that remains of any property bought for temporary use during the "Period of Restoration", once "Operations" are resumed; and

(2)   Any "Extra Expense" that is paid for by other insurance.

c.   We will reduce the amount of your "Extra Expense" loss to the extent you can return "Operations" to normal and discontinue such "Extra Expense".

d.   If you do not resume "Operations", or do not resume "Operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "Operations" as quickly as possible.

## VI.  ADDITIONAL CONDITION

For the purposes of this Coverage, the following Condition applies in addition to the Policy Conditions.

**Additional Duty In The Event of Loss Or Damage**

The following is added to Policy Condition I.f. - Duties In The Event of Loss Or Damage:

If you intend to continue your business, you must resume all or part of your "Operations" as quickly as possible.

## VII.  ADDITIONAL DEFINITIONS

For the purposes of this Coverage, the following definitions apply in addition to the definitions described in Part IV. of the Policy Conditions - Definitions Applicable To All Coverages of This Policy:

a.   "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

b.   "Extra Expense" means:

(1)   Necessary expenses you incur during the "Period of Restoration" that you would not have incurred if there had been no direct physical loss or damage to Covered Property; and

(2)   Necessary expenses incurred to the extent they reduce the amount of loss that otherwise would be payable under this Coverage.

Extra Expense does not include:

(1)   Loss of earnings or profit;

(2)   Expense to repair or replace property, including animals;

(3)   Expense incurred to begin, continue or complete an "Insured Production"; or

(4)   Expense payable under any other Coverage of this policy.

c.   "Operations" means your business activities that are not directly related to an "Insured Production".

d.   "Period" of Restoration means the period of time that:

(1)  Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss; and

(2)  Ends on the earlier of:

(a)  The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(b)  The date when the business is resumed at a new permanent location.

"Period of Restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1)  Regulates the construction, use or repair, or requires the tearing down of any property; or

(2)  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or any way respond to assess the effects of "Pollutants".

The expiration date of this policy will not cut short the "Period of Restoration".

e.   "Suspension" means the slowdown or cessation of your business activities that are not related to an "Insured Production".

f.   "Term of Coverage":

(1)  When this Coverage Form is part of the MPTV Producers Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or completion of the negative, whichever occurs first.

(2)  When this Coverage Form is part of the DICE Producers Portfolio, "Term of Coverage" means the policy period.

(3)  When this Coverage Form is part of the Theatrical Productions Portfolio, "Term of Coverage" means the period beginning with the effective date shown in the Declarations, and continuing until the expiration date of this policy or the date the "Insured Production" is completed, whichever occurs first.

Limit: $500,000
Deductible: $5,000

POLICY NUMBER: MP01163-00                                    **MPTV PRODUCERS PORTFOLIO**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## UNDECLARED CAST COVERAGE

This endorsement modifies insurance provided under the following:

SECTION I. CAST COVERAGE

### UNDECLARED COVERAGE SCHEDULE

| | | |
|---|---|---|
| Undeclared Cast Sub-Limit | 2 0,000 | Per Occurrence |
| Undeclared Cast Aggregate | 2 0,000 | Per Production |
| Undeclared Deductible | 10,000 | Per Occurrence |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**1.** The following is added to Paragraph a. of Paragraph **I. COVERAGE**:

Covered person also means up to three (3) "Undeclared Cast Persons" per "Insured Production".

**2.** The following is added to Paragraph b. Covered Causes of Loss of Paragraph **I. COVERAGE**:

b.   Covered Causes of Loss

These are the only Covered Causes of Loss that apply to any "Undeclared Cast Person", regardless of any extension or enhancement that may apply to this Coverage.

. The following is added to Paragraph c. Term of Coverage of Paragraph **I. COVERAGE**:

c.   Term of Coverage

Coverage for any "Undeclared Cast Person" begins on the first day of the contracted "Principal Photography" period for such "Undeclared Cast Person".

. The following is added to Paragraph **II. ADDITIONAL E CLUSIONS**:

For the purposes of this Coverage, the following exclusions apply in addition to the exclusions described in Part V. of the Policy Conditions    Exclusions Applicable To All Coverages of This Policy.

We will not pay for loss caused by or resulting from any of the following:

Any medical condition of an "Undeclared Cast Person" that existed before such person contracted with the "Insured Production".

**5.** The following is added to Paragraph **III. LIMITS OF INSURANCE**:

The most we will pay for loss in any one occurrence directly arising from an "Undeclared Cast Person" is the Sub-Limit of Insurance shown in the Schedule above.  The most we will pay for loss in any one occurrence directly arising from up to three (3) "Undeclared Cast Persons" on any one production is the Aggregate amount shown in the Schedule above.  However, we will pay up to the Aggregate amount shown in the Schedule regardless of the number of "Undeclared Cast Persons" involved in any loss that extends more than three (3) days of "Principal Photography".

These limits are subject to and included in the Limit of Insurance shown in the Declarations for Cast Coverage.

. The following is added to Paragraph **IV. DEDUCTIBLE**:

We will not pay for loss in any one occurrence directly arising from an "Undeclared Cast Person" until the amount of the adjusted loss before applying the Sub-Limit of Insurance shown in the Schedule above exceeds the Deductible Amount shown in the Schedule above.  We will then pay the amount of the adjusted loss in excess of that deductible, up to the Sub-Limit of Insurance shown in the Schedule above.

**7.** The following is added to Paragraph **VII. ADDITIONAL DEFINITION**:

For the purposes of this Coverage, the following definition applies in addition to the definitions described in Part IV. of the Policy Conditions    Definitions Applicable To All Coverages of This Policy:

"Undeclared covered person":

**1** Means an actor who has a contract with you to appear in the "Insured Production" and who has not been declared to us.

**2** Does not include crew or animals.

POLICY NUMBER:  MP01163-00                                    **PRODUCERS PORTFOLIO**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CLAIM DOCUMENTATION E  PENSES

This endorsement modifies insurance provided under the following:

**MPTV PRODUCERS PORTFOLIO, SECTION I. CAST COVERAGE**
**MPTV PRODUCERS PORTFOLIO, SECTION II. COVERAGE B. E  TRA E  PENSE**
**MPTV PRODUCERS PORTFOLIO, SECTION III. COVERAGE A. NEGATIVE FILM**
**MPTV PRODUCERS PORTFOLIO, SECTION III. COVERAGE B. FAULTY STOC**

**DICE PRODUCERS PORTFOLIO, COVERAGE B. E  TRA E  PENSE**
**DICE PRODUCERS PORTFOLIO, COVERAGE E. NEGATIVE FILM**
**DICE PRODUCERS PORTFOLIO, COVERAGE F. FAULTY STOC**
**DICE PRODUCERS PORTFOLIO, COVERAGE G. PERFORMERS   CAST COVERAGE**

The following is added to the Additional Conditions Section:

**C a   Doc   e a o E  e  e**

We will reimburse you up to     ,000 for reasonable and necessary expenses actually incurred by you and that we require you to incur to document your claim, subject to the following conditions:

**a.**   This reimbursement does not apply to any expenses you incur for any:

   (1)  Insurance agent or broker;

   (2)  Public adjuster; or

   (3)  Attorney or their employees, representatives or consultants;

**b.**   This reimbursement will not erode the applicable limit of insurance;

**c.**   This reimbursement does not apply to expenses you incur:

   (1)  To prove that a loss or damage is covered that we do not require you to incur; or
   (2)  Any expenses you incur under the Appraisal Condition in the Loss Conditions of the MTPV
        PRODUCERS PORTFOLIO POLICY CONDITIONS or the DICE PRODUCERS PORTFOLIO
        POLICY CONDITIONS.

**d.**   The most we will pay for claim documentation expenses in any one loss is     ,000, regardless of the number of Coverages that may apply to such loss.

POLICY NUMBER:  MP01163-00                                              **PRODUCERS PORTFOLIO**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CRISIS EVENT COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**DICE PRODUCERS PORTFOLIO, COVERAGE B. E  TRA E  PENSE**
**MPTV PRODUCERS PORTFOLIO, SECTION II, COVERAGE B. E  TRA E  PENSE**

**1.** Paragraph d. Covered Causes of Loss of Section I. COVERAGE is replaced by the following:

d.   Covered Causes of Loss

Covered Causes of Loss means:

(1)  Risks of direct physical loss or damage to Covered Property; and

(2)  Any Crisis Event which:

(a)  Results in a life-threatening physical injury or accidental death to any member of the "Insured Production";

(b)  Occurs at a location where cast or crew is assembled to shoot any scheduled work that is part of the "Insured Production";

(c)  Is witnessed by members of the "Insured Production"; and

(d)  Results in the immediate suspension of the production of the "Insured Production".

except those causes of loss listed in the Exclusions.

**2.** The following is added to Section III. LIMITS OF INSURANCE:

The most we will pay for loss in any one Crisis Event is    00,000.  This Limit is included in and part of the Limit of Insurance shown in the Declarations for Extra Expense coverage.

.   The following is added to Section IV. DEDUCTIBLE:

The Deductible for any one Crisis Event is   10,000 per claim.

Copyright 201  , OneBeacon Insurance Group LLC

IL 09 35 07 01

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

   **1.** The failure, malfunction or inadequacy of:

     **a.** Any of the following, whether belonging to any insured or to others:

       **(1)** Computer hardware, including microprocessors;

       **(2)** Computer application software;

       **(3)** Computer operating systems and related software;

       **(4)** Computer networks;

       **(5)** Microprocessors (computer chips) not part of any computer system; or

       **(6)** Any other computerized or electronic equipment or components; or

     **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

     due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

   **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   **2.** Under the Commercial Property Coverage Part:

     **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

     **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

   we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

IL 09 35 07 01            © ISO Properties, Inc.,  2000            Page 1 of 1    □

IL 02 68 11 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
> FARM COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **1.**, **2.**, **3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Of Policies In Effect**

**a. 60 Days Or Less**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 30 days before the effective date of cancellation if we cancel for any reason not included in Paragraph **A.2.a.(2)** below.

**(2)** 15 days before the effective date of cancellation if we cancel for any of the following reasons:

**(a)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(b)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(c)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

**(d)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

**(e)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, that results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, that causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

**(f)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

 © ISO Properties, Inc., 2005  □

**(g)** A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code; or

**(h)** Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of danger that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. If we cancel for this reason, you may make a written request to the Insurance Department, within 10 days of receipt of this notice, to review our cancellation decision. Also, we will simultaneously send a copy of this cancellation notice to the Insurance Department.

**b. For More Than 60 Days**

If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy we issued, we may cancel only for any of the reasons listed in Paragraph **A.2.a.(2)** above, provided:

**(1)** We mail the first Named Insured written notice at least 15 days before the effective date of cancellation; and

**(2)** If we cancel for nonpayment of premium, our notice of cancellation informs the first Named Insured of the amount due.

**3.** We will mail or deliver our notice, including the reason for cancellation, to the first Named Insured at the address shown in the policy and to the authorized agent or broker.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the cancellation refund will be pro rata. Under such financed policies, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7.** If one of the reasons for cancellation in Paragraph **A.2.a.(2)** or **D.2.b.(2)** exists, we may cancel this entire policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of this policy.

**C.** The following conditions are added:

**1. Nonrenewal**

If we decide not to renew this policy we will send notice as provided in Paragraph **C.3.** below.

**2. Conditional Renewal**

If we conditionally renew this policy subject to a:

**a.** Change of limits;

**b.** Change in type of coverage;

**c.** Reduction of coverage;

**d.** Increased deductible;

**e.** Addition of exclusion; or

**f.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit;

we will send notice as provided in Paragraph **C.3.** below.

**3. Notices Of Nonrenewal And Conditional Renewal**

**a.** If we decide not to renew this policy or to conditionally renew this policy as provided in Paragraphs **C.1.** and **C.2.** above, we will mail or deliver written notice to the first Named Insured shown in the Declarations at least 60 but not more than 120 days before:

**(1)** The expiration date; or

**(2)** The anniversary date if this is a continuous policy.

**b.** Notice will be mailed or delivered to the first Named Insured at the address shown in the policy and to the authorized agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

**c.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**d.** If we violate any of the provisions of Paragraph **C.3.a., b.** or **c.** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

   **(1)** Coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60 day period, has replaced the coverage or elects to cancel.

   **(2)** On or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**e.** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

   **(1)** Upon expiration of the 60 day period; or

   **(2)** Notwithstanding the provisions in Paragraphs **d.(1)** and **d.(2),** as of the renewal date of the policy if we send the first Named Insured the conditional renewal notice at least 30 days prior to the expiration or anniversary date of the policy.

**f.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

**D.** The following provisions apply when the Commercial Property Coverage Part, the Farm Coverage Part or the Capital Assets Program (Output Policy) Coverage Part is made a part of this policy:

**1.** Items **D.2.** and **D.3.** apply if this policy meets the following conditions:

   **a.** The policy is issued or issued for delivery in New York State covering property located in this state; and

   **b.** The policy insures:

      **(1)** For loss of or damage to structures, other than hotels or motels, used predominantly for residential purposes and consisting of no more than four dwelling units; or

      **(2)** For loss of or damage to personal property other than farm personal property or business property; or

      **(3)** Against damages arising from liability for loss of, damage to or injury to persons or property, except liability arising from business or farming; and

   **c.** The portion of the annual premium attributable to the property and contingencies described in **1.b.** exceeds the portion applicable to other property and contingencies.

**2.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

   **2. Procedure And Reasons For Cancellation**

   **a.** We may cancel this entire policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

      **(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

   **b.** But if this policy:

      **(1)** Has been in effect for more than 60 days; or

      **(2)** Is a renewal of a policy we issued:

      we may cancel this policy only for one or more of the following reasons:

      **(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

      **(2)** Conviction of a crime arising out of acts increasing the risk of loss;

      **(3)** Discovery of fraud or material misrepresentation in obtaining the policy or in making a claim;

      **(4)** Discovery of willful or reckless acts or omissions increasing the risk of loss;

© ISO Properties, Inc., 2005

**(5)** Physical changes in the covered property that make that property un-insurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

    **(a)** Issued the policy; or

    **(b)** Last voluntarily renewed the policy;

**(6)** The Superintendent of Insurance's determination that continuing the policy would violate Chapter 28 of the Insurance Law; or

**(7)** Required pursuant to a determination by the Superintendent of Insurance that the continuation of our present premium volume would be hazardous to the interests of our policyholders, our creditors or the public.

**3.** The following are added:

  **a. Conditional Continuation**

    Instead of cancelling this policy, we may continue it on the condition that:

    **(1)** The policy limits be changed; or

    **(2)** Any coverage not required by law be eliminated.

    If this policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

  **b. Nonrenewal**

    If, as allowed by the laws of New York State, we:

    **(1)** Do not renew this policy; or

    **(2)** Condition policy renewal upon:

      **(a)** Change of limits; or

      **(b)** Elimination of coverage;

    we will mail or deliver written notice of nonrenewal or conditional renewal:

      **(a)** At least 45 days; but

      **(b)** Not more than 60 days;

    before the expiration date of the policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**E.** The following is added to the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions, the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

When the property is subject to the Anti-Arson Application in accordance with New York Insurance Department Regulation No. 96, the following provisions are added:

If you fail to return the completed, signed and affirmed anti-arson application to us:

**1.** Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

**2.** Before the expiration date of any policy, we will cancel the policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

The cancellation provisions set forth in **E.1.** and **E.2.** above supersede any contrary provisions in this policy including this endorsement.

If the notice in **E.1.** or **E.2.** above is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**F.** The following applies to the Commercial Property Coverage Part, the Farm Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

Paragraphs **f.** and **g.** of the **Mortgageholders** Condition are replaced by the following:

  **f. Cancellation**

    **(1)** If we cancel this policy, we will give written notice to the mortgageholder at least:

      **(a)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      **(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(2)** If you cancel this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, cancellation will become effective on the later of:

    **(a)** The effective date of cancellation of the insured's coverage; or

    **(b)** 10 days after we give notice to the mortgageholder.

**g. Nonrenewal**

  **(1)** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

  **(2)** If you elect not to renew this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, nonrenewal will become effective on the later of:

    **(a)** The expiration date of the policy; or

    **(b)** 10 days after we give notice to the mortgageholder.

**G.** The following provisions apply when the following are made a part of this policy:

    Commercial General Liability Coverage Part
    Employment-Related Practices Liability Coverage Part
    Farm Liability Coverage Form
    Liquor Liability Coverage Part
    Products/Completed Operations Liability Coverage Part

**1.** The aggregate limits of this policy as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Paragraph **C.3.d.** above.

**2.** The last sentence of Limits Of Insurance does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

**INTERLINE**
**IL 01 83 04 98**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – FRAUD

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL
    COVERAGES, CONDITIONS, DEFINITIONS
    FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE
    FORM
    FARM COVERAGE PART – LIVESTOCK COVERAGE FORM

The CONCEALMENT, MISREPRESENTATION OR FRAUD Condition is replaced by the following:

**FRAUD**

We do not provide coverage for any insured ("insured") who has made fraudulent statements or engaged in fraudulent conduct in connection with any loss ("loss") or damage for which coverage is sought under this policy.

However, with respect to insurance provided under the COMMERCIAL AUTOMOBILE COVERAGE PART, we will provide coverage to such "insured" for damages sustained by any person who has not made fraudulent statements or engaged in fraudulent conduct if such damages are otherwise covered under the policy.

**COMMERCIAL INLAND MARINE**
**CM 01 04 09 15**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES

The **Appraisal** Loss Condition in the Commercial Inland Marine Conditions is replaced by the following:

### Appraisal

If we and you disagree on the value of the property, the extent of the loss or damage or the amount of the loss or damage, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that the selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property, the extent of the loss or damage and the amount of the loss or damage. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

Each party will:

1.  Pay its chosen appraiser; and

2.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.