IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. CV421-331 |
| FLG PRODUCTIONS, LLC, and JAX MEDIA, LLC, | ) ) ) ) |
| Defendants. | ) ) |

### O R D E R

Before the Court is Plaintiff Atlantic Specialty Insurance Company's Notice of Voluntary Dismissal. (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request (Doc. 11) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of January 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA